John O. Avery, ISB #3407
Ryan E. Farnsworth, ISB #8885
Mark Avery, ISB #9642
Holly Sutherland, ISB #9521
Michael Wilder, ISB #10660
Avery Law Office
3090 E. Gentry Way, STE 150
Meridian, ID 83646
Telephone: (208) 639-9400
Facsimile:  (208) 297-5553

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-40665-JMM |
| | ) | |
| Michael V. Jones | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | OBJECTION TO PROOF OF |
| | ) | CLAIM NO. 1 |
| _____ | ) | |

**Notice of Objection to Proof of Claim and For a Hearing**

**No Objection.**  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within thirty (30) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection.  A copy of this objection shall be served on the movant.

**Hearing on Objection.**  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**COMES NOW,** Michael V. Jones**,** Debtor, by and through Holly Sutherland, counsel of

record, and hereby objects to Proof of Claim No(s). 1, filed by Wright Brothers Law Office,

PLLC filed on August 27, 2019.

The Debtor, through counsel, hereby objections for the following reasons:

1.  This creditor has filed a secured claim and indicates that it has a security interest in the Debtor's claims in Twin Falls Co. Case No. CV42-16-1554 as an attorney lien under Idaho Code section 3-205. On the date of filing, the lien was not perfected as the case in which the lien is attached has not been settled and is currently owned by another party. Because the lien was not perfected on the date of filing, the entirety of the claim should be allowed and paid as an unsecured claim.

WHEREFORE, Debtor respectfully requests that this Honorable Court allow the entirety of Creditor's claim as an unsecured claim.

Dated this 22nd day of October, 2019.

/s/ Holly Sutherland
Attorney for Debtor

CERTFICATE OF SERVICE

COMES NOW Crystal M. Robertson and hereby certifies that on the 22nd day of October, 2019, I electronically filed the Debtor's Objection to Proof of Claim No. 1 using the CM/ECF system, which sent a Notice to the following persons:

Kathleen McCallister @ kam13trustee.com

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

And, I hereby certify that I served a true and correct copy of the above-mentioned on the 22nd day of October, 2019, to the following person(s) by mailing with the necessary postage affixed thereto.

Michael Jones
507 Grandview Drive
Twin Falls, ID 83301

Wright Brothers Law Office, PLLC
P.O. Box 5678
Twin Falls, ID 83303

/s/ Crystal Robertson