**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
**kam@kam13trustee.com**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE: MICHAEL V. JONES**<br><br>**Debtor(s)** | **CHAPTER 13**<br><br>**CASE NO. 19-40665-JMM**<br><br>**OBJECTION TO PROOF OF CLAIM** |

**TO:**

| | |
|---|---|
| Boesiger's Repair, LLC<br>c/o Angstman Johnson<br>516 Hansen Street East<br>Twin Falls, ID 83301 | Douglas Boesiger<br>Registered Agent for<br>Boesiger's Repair LLC<br>1263 Langford Way<br>Twin Falls, ID 83301 |

### NOTICE OF TRUSTEE'S OBJECTION TO YOUR PROOF OF CLAIM

**YOU ARE HEREBY NOTIFIED** that the Trustee of the above estate has filed an objection to your Claim No. 8 filed on September 24, 2019 in this bankruptcy case.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED. You should read these papers carefully and discuss them with your attorney if you have one.**

**YOU ARE HEREBY NOTIFIED** that if you do not want the Court to eliminate or change your claim and you wish to contest the Trustee's Objection to your Proof of Claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date that this objection is mailed. You must (1) file the original reply with the U.S. Bankruptcy Court, 550 West Fort Street, MSC 042, Boise, ID 83724; and (2) mail a copy to the Trustee. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the end of the (30) day period.

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter which can be corrected by filing an amended claim then you may do so prior to the expiration of the thirty (30) day period. <u>Failure to file a written reply will result in the Trustee requesting that the Court enter an Order Disallowing the Claim to the extent objected to.</u>

**OBJECTION: The Trustee objects to the allowance of your claim for the following reason(s):**

| | |
|---|---|
| X | This claim was not timely filed as required by 11 U.S.C. §502(b)(9). The last day for this creditor to file a proof of claim was September 23, 2019. The claim should be disallowed in its entirety for purposes of distribution by the trustee.<br><br>**In the event this creditor did not receive adequate notice to allow it to timely file an allowed claim then the disallowance of this claim for purposes of distribution by the trustee is not a determination of the dischargeability of the underlying debt pursuant to 11 U.S.C. §523(a)(3). |

DATED: December 30, 2019

/s/ Kathleen McCallister
**Chapter 13 Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 30, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

John O. Avery
Attorney at Law
joa@averylaw.net

**AND I FUTHER CERTIFY** that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, postage prepaid addressed as follows:

**Creditor's POC Notice Address**
Boesiger's Repair, LLC
c/o Angstman Johnson
516 Hansen Street East
Twin Falls, ID 83301

**Debtor's Address**
Michael V. Jones
507 Grandview Dr.
Twin Falls, ID 83301

**Creditor's Registered Agent Address**
Douglas Boesiger
Registered Agent for Boesiger's Repair LLC
1263 Langford Way
Twin Falls, ID 83301

/s/Joseph Ammirati
**Joseph Ammirati, Case Analyst**