David W. Gadd (ISB #7605)
R. Kade Beorchia (ISB #9617)
WORST, STOVER, GADD & SPIKER PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone: (208) 736-9900
Facsimile: (208) 736-9929
dwg@magicvalleylaw.com

*Attorneys for Safaris Unlimited, LLC*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In Re: MICHAEL VON JONES, Debtor. | Case No. 19-40665-JMM<br>Chapter 13 |
|---|---|

**AFFIDAVIT OF GARY WOLVERTON, JR.**

STATE OF IDAHO )
) ss.
County of Twin Falls )

I, Gary Wolverton, Jr., being first duly sworn, do state as follows:

1. I am the son of Gary Wolverton, Sr., who conducts business under the assumed business name Northwest Leasing & Rentals. I make this affidavit based upon my own personal knowledge. If called to testify, I could and would competently testify as to the truth of the matters set forth herein.

2. On or about April 28, 2020, I entered Hangar #10 at the Magic Valley Regional Airport ("Hangar #10") at the request of Northwest Leasing & Rentals for the purposes of conducting an inspection of the same.

3. When I entered Hangar #10, I saw several items of personal property being stored, including, but not limited to, motor vehicles, boats, and equipment. I also observed various documents that were in Hangar #10.

4. Prior to concluding my inspection of Hangar #10 on April 28, 2020, I took photographs of some of the items of personal property and documents that were located in Hangar #10 at the time. Attached as **Exhibit A** are true and correct copies of said photographs taken on April 28, 2020.

5. On or about June 12, 2020, I again entered Hangar #10 at the request of Northwest Leasing & Rentals for the purposes of conducting an inspection of the same.

6. Prior to concluding my inspection of Hangar #10 on June 12, 2020, I took photographs of some of the items of personal property that were located in Hangar #10 that I had not photographed previously. Attached as **Exhibit B** are true and correct copies of said photographs taken on June 12, 2020.

Subscribed and sworn to this 7th day of July, 2020.

Gary Wolverton, Jr.

SUBSCRIBED AND SWORN to before me this 7th day of July, 2020.

AMANDA MARTIN NOTARY PUBLIC MY COMMISSION EXPIRES 1-30-2021 STATE OF IDAHO COMMISSION NUMBER 64981

NOTARY PUBLIC FOR IDAHO
Residing at: Twin Falls
My Commission Expires: 01/30/2021

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2020, the foregoing document was electronically filed with the Clerk of the Court through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| John O Avery<br>*Attorney for Debtor* | ch@averylaw.net |
| Kyle Bastian | kbastian@wrightbrotherslaw.com |
| J. Grad Hepworth | ghepworth@idalawyer.com |
| Kathleen A. McCallister | kam@kam13trustee.com |
| Bren Erik Mollerup | mollerup@benoitlaw.com |
| Holly Roark | holly@roarklawboise.com |
| Holly E Sutherland | holly@averylaw.net |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

*/s/ R. Kade Beorchia*
R. Kade Beorchia

Affidavit Page 4 of 18

# EXHIBIT A

AFFIDAVIT OF GARY WOLVERTON, JR. – Exhibit A

SEE RELEASE OF LIABILITY FORM ON REVERSE SIDE

| LICENSE NO. | LICENSE EXPIRES | YEAR | MAKE | MODEL | COLOR |
| --- | --- | --- | --- | --- | --- |
| T6G204892 | 08/19/2017 | 2005 | FORD | EXC | GRN |

| VEHICLE IDENTIFICATION NO. | TITLE NO. | BODY TYPE |
| --- | --- | --- |
| 1FMSU41P65EC33774 | 164018223 | CARRY-ALL |

Idaho Transportation Dept
Division of Motor Vehicles
PO Box 7129
Boise, ID 83707-1129

THIS IS NOT A BILL

IDAHO

30 - DAY TEMPORARY IDAHO REGISTRATION

DESCRIP:

RC: 42220170720135212

REG TYPE TM ANY

ISSUED: 07/20/17 13:52:12

JONES, MICHAEL

807 GREENWOOD
TWIN FALLS ID 83301-5495

SECTION ONE DO NOT DISPLAY THIS SECTION OF FORM IN THE BACK WINDOW

RECEIPT: CSH
TRAN: NE
JC 42/2

| TOTAL FEES PAID | 13.00 |
| --- | --- |

I/We certify under penalty of law that this vehicle is and will be continuously insured as prescribed by law. (see reverse side)

TWIN FALLS TWIN FALLS HIGHWAY DISTRICT

THESE LICENSE PLATES BELONG TO YOU - REMOVE THEM WHEN YOU SELL THE VEHICLE

APPLICANT MUST SIGN TO BE VALID

| | | | | MODEL | COLOR |
| --- | --- | --- | --- | --- | --- |
| 2MK860 | 04/30/2018 | 2001 | ZIEM | TL | YEL |

| VEHICLE IDENTIFICATION NO. | TITLE NO. | BODY TYPE |
| --- | --- | --- |
| 1ZCF28S291ZP23253 | 164014246 | FLATBED, PLATFORM |

LENGTH: 20 FEET

Division of Motor Vehicles
PO Box 7129
Boise, ID 83707-1129

THIS IS NOT A BILL

IDAHO

DESCRIP:

RC: 42220170405144028

REG TYPE UT TRL

ISSUED: 04/05/17 14:40:28

VALLEY AUTO BROKERS
JONES, MICHAEL

OR

807 GREENWOOD CIR
TWIN FALLS ID 83301-5495

RECEIPT: CSH
TRAN: NE
JC 42/2

| TOTAL FEES PAID | 12.00 |
| --- | --- |

I/We certify under penalty of law that this vehicle is and will be continuously insured as prescribed by law. (see reverse side)

TWIN FALLS TWIN FALLS HIGHWAY DISTRICT

THESE LICENSE PLATES BELONG TO YOU - REMOVE THEM WHEN YOU SELL THE VEHICLE

APPLICANT MUST SIGN TO BE VALID

<-></->


IDAHO CERTIFICATE OF TITLE

ITD 3517 (Rev. 06-13)
Supply # 018755298

VEHICLE IDENTIFICATION NUMBER: 2G2WP552471156414

2ND VEHICLE IDENTIFICATION NUMBER:

YEAR: 2007 MAKE: PONT BODY: 4D MODEL: GRA DESCRIPTION:

ODOMETER READING: 116591 ACTUAL DATE: 09/16/2016

WEIGHT LENGTH WIDTH HULL HORSEPOWER PROPULSION

TITLE NUMBER: 164019160 PRINT DATE: 09/21/2016

OTHER PERTINENT DATA

OWNER'S NAME AND ADDRESS

JONES, MICHAEL
807 GREENWOOD CIR
TWIN FALLS, ID 83301

VOID IF ALTERED EAGLE WATERMARK VISIBLE IF HELD TO LIGHT

## Assignment of Title

Warning: It is a felony to enter a false selling price, name, or address, or to alter or forge this document. Federal and State laws require you to state the mileage when transferring motor vehicle ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

1. Odometer Reading - Reading is actual unless indicated otherwise
(No tenths) Reading Date
☐ In Excess of Mechanical Limits ☐ Exempt
☐ Not Actual - Warning: Odometer Discrepancy ☐ No Device

2. Date Sold Selling Price (See warning above)

3. Seller's or Representative's Printed Name(s)

4. I certify, to the best of my knowledge, that the odometer reading reflects the actual mileage, unless otherwise indicated. I also hereby transfer ownership to the named purchaser. I realize I must file a release of liability statement within five days of delivering the vehicle to the purchaser.
Seller's or Representative's Signature
A X
B X

5. A 1st Purchaser's Full Printed Legal Name / Idaho Driver's License No. or SSN; EIN if Business
B 2nd Purchaser's Full Printed Legal Name / Idaho Driver's License No. or SSN; EIN if Business

6. Mailing Address and Physical Address (if different)

7. City State Zip

8. If I apply for title in Idaho, I know I must do so within 30 days of purchase or a $20.00 late filing penalty will be due. I am aware of the odometer certification made by the seller.
1st Purchaser's Signature (or Representative's Signature)
A X
2nd Purchaser's Signature (or Representative's Printed Name)
B X

## Lienholder Section

First Lien
NONE

RECORDED 09/16/2016 Date

Signature Releasing Lien
9 X

13368688

9. Second Lien

Date
Signature Releasing Lien
10 X

11. New Lienholder's Name

12. Address State Zip

13. City



**Intermountain New Holland**

1935 KIMBERLY ROAD
TWIN FALLS, IDAHO 83301
Phone: 208-733-8687 FAX (208) 733-8047
TOLL FREE (800) 298-9359
www.i-newholland.com

NEW HOLLAND AGRICULTURE
Brillion
Supreme
Art's Way

SOLD TO
1
CASH SALE - TAXABLE
THANK YOU FOR YOUR
BUSINESS!!!

SHIP TO

Sold By: RICKW PO #:
Ship By: Tax #:
Date 4/26/17 COUNTER INVOICE IT009
14:18:55

INV

| Tax | D | Qty Description | Price | Amoun |
|---|---|---|---|---|
| | | GROUP : 01 | | |
| PARTS COUNTER | | | | |
| 06000 | | 1 TIS 016-TW695 TAIL WHEEL | 108.61 | 108.61 |
| FREIGHT PARTS | | | | |
| 00000 | | FRT CHG | | 62.63 |

CALL MIKE JONES-(320-4058) WHEN PART ARRIVES

al, the undersigned customer agrees to pay for the goods and services itemized on this invoice on or before the 10th of the month
d, a FINANCE CHARGE of 1 3/4% per month, which is an ANNUAL PERCANTAGE RATE of 21% will be added to past due balances.
e attorney fee if collected by an attorney either with or without suit.

erly executed ST101 form is on file. Any person signing this invoice with the intention of evading payment of tax is guilty of a misdemeaner.

handise

FUNDABLE
ust be accompanied by this invoice.

| | |
|---|---|
| ** SUBTOTAL | 171.24 |
| ** SALES TAX | 6.52 |



F-150
Ford
IDAHO
2T AZ837

2T C476T

PERMISO PARA MOVER UN VEHÍCULO
(Secciones 4002, 4604, 11716 del Código de Vehículos)
EL VEHÍCULO TIENE QUE TENER ARCHIVADO UN PLAN DE NO OPERAR VÁLIDO
EXENTO DE LA LEY DEL PLAN DE NO OPERAR O TENER DEPOSITADO LOS PAGOS
MATRÍCULA ACTUALES TODA LA INFORMACIÓN DEL VEHÍCULO DEBE SER COMPLETADA
Este permiso debe llevarse con el vehículo cuando sea movido y presentado
departamento cuando el vehículo sea matriculado. Este permiso no lo exenta de las leyes
pertinentes de seguro de responsabilidad civil.
El vehículo arriba mencionado va a ser movido (marque una casilla solamente):
El solicitante o agente del DMV/CHP debe ingresar la fecha antes de mover el vehículo.
LA FECHA INGRESADA DEBE ESTAR DENTRO DE LOS 60 DÍAS DE LA FECHA EN QUE
LA MISMA FUE EXPEDIDA.
SOLAMENTE VÁLIDO PARA MOVER EL VEHÍCULO EN ESTA FECHA:
FORM ON REVERSE SIDE
YEAR
2007
MAKE
PONT
MODEL
GRA
COLOR
BLK
TITLE NO.
A164019160
BODY TYPE
SEDAN, 4 DOOR
Idaho Transportation Dept
Division of Motor Vehicles
PO Box 7129
Boise, ID 83707-1129
THIS IS NOT A BILL
DESCRIP:
RC: 16020171020160134
REG TYPE PC CAR
ISSUED:
10/20/17
16:01:34
RECEIPT:
TRAN: NE
CJ 16/0
TOTAL FEES PAID
66.73
I/We certify under penalty of law that this vehicle is and will be continuously insured as prescribed by law. (see reverse side)
IDAHO
BROWN, GLORIA V
320 E ELM ST
PO BOX 74
OAKLEY ID 83346
CASSIA OAKLEY HIGHWAY DISTRICT
THESE LICENSE PLATES BELONG TO YOU - REMOVE THEM WHEN YOU SELL THE VEHICLE
APPLICANT MUST SIGN TO BE VALID

Affidavit Page 15 of 18

# EXHIBIT B

AFFIDAVIT OF GARY WOLVERTON, JR. – Exhibit B

E 320
California
5UJV666