David W. Gadd (ISB #7605)
R. Kade Beorchia (ISB #9617)
WORST, STOVER, GADD & SPIKER PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone: (208) 736-9900
Facsimile: (208) 736-9929
dwg@magicvalleylaw.com

*Attorneys for Safaris Unlimited, LLC*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>MICHAEL VON JONES,<br><br>Debtor. | Case No. 19-40665-JMM<br><br>Chapter 13 |

## AFFIDAVIT OF R. KADE BEORCHIA

STATE OF IDAHO    )
                            ) ss.
County of Twin Falls  )

    I, R. Kade Beorchia, being first duly sworn, do state as follows:

    1.    I am an attorney at law, licensed to practice in the State of Idaho and admitted to practice in this Court. I am one of the attorneys of record for creditor Safaris Unlimited, LLC ("Safaris"). I make this affidavit based upon my own personal knowledge. If called to testify, I could and would competently testify as to the truth of the matters set forth herein.

    2.    Attached hereto as **Exhibit A** and **Exhibit B** are true and correct copies of Michael Von Jones's 2017 federal income tax return and 2018 federal income tax return, respectively, as provided to our office by his counsel.

**AFFIDAVIT OF R. KADE BEORCHIA – Page 1**

3.      Attached hereto as **Exhibit C** is a true and correct copy of the report generated by

the Idaho Transportation Department's website in response to a query for information concerning

the motor vehicle associated with Idaho license plate number 2T C476T. The report shows the

titled owner(s) as "Valley Auto Brokers Jones, Michael Von."

Subscribed and sworn to this 8th day of July, 2020.

R. Kade Beorchia

SUBSCRIBED AND SWORN to before me this 8th day of July, 2020.

NOTARY PUBLIC FOR IDAHO
Residing at: _Twin Falls, ID_
My Commission Expires: _4/12/24_

**AFFIDAVIT OF R. KADE BEORCHIA – Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2020, the foregoing document was electronically filed with the Clerk of the Court through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| John O Avery<br>*Attorney for Debtor* | ch@averylaw.net |
| Kyle Bastian | kbastian@wrightbrotherslaw.com |
| J. Grad Hepworth | ghepworth@idalawyer.com |
| Kathleen A. McCallister | kam@kam13trustee.com |
| Bren Erik Mollerup | mollerup@benoitlaw.com |
| Holly Roark | holly@roarklawboise.com |
| Holly E Sutherland | holly@averylaw.net |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

*/s/ R. Kade Beorchia*
R. Kade Beorchia

# EXHIBIT A

**AFFIDAVIT OF R. KADE BEORCHIA – Exhibit A**

JT1069 08/19/2018 8:02 AM

Form **1040**  Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return** **2017**  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning , 2017, ending , 20  **See separate instructions.**

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| MICHAEL V | JONES | |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions. **PO BOX 26**  Apt. no.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
**TWIN FALLS    ID    83301**

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name    Foreign province/state/county    Foreign postal code

**Filing Status**
Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) (see instructions)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☐ **Spouse**

| | | Boxes checked on 6a and 6b | 1 |
|---|---|---|---|

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qual. for child tax credit (see instr.) |
|---|---|---|---|
| | | | |

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed

Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 687 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | 10,037 | b Taxable amount | 20b | 0 |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 687 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | 49 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 49 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 638 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**
DAA    Form **1040** (2017)

Form 1040 (2017)    MICHAEL V JONES

| | | | | |
|---|---|---|---|---|
| | 38 | Amount from line 37 (adjusted gross income) | 38 | 638 |

**Tax and Credits**

39a Check if: [X] You were born before January 2, 1953, [ ] Blind. } Total boxes checked ▶ 39a | 1
[ ] Spouse was born before January 2, 1953, [ ] Blind.

b If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b [ ]

**Standard Deduction for—**
- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:
  Single or Married filing separately, $6,350
  Married filing jointly or Qualifying widow(er), $12,700
  Head of household, $9,350

| | | | |
|---|---|---|---|
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 7,900 |
| 41 | Subtract line 40 from line 38 | 41 | -7,262 |
| 42 | Exemptions. If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 42 | 4,050 |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| 44 | Tax (see instr.). Check if any from: a [ ] Form(s) 8814  b [ ] Form 4972  c [ ] | 44 | 0 |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| 47 | Add lines 44, 45, and 46 ▶ | 47 | |
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| 50 | Education credits from Form 8863, line 19 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| 53 | Residential energy credits. Attach Form 5695 | 53 | |
| 54 | Other credits from Form: a [ ] 3800 b [ ] 8801 c [ ] | 54 | |
| 55 | Add lines 48 through 54. These are your total credits | 55 | |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 0 |

**Other Taxes**

| | | | |
|---|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 57 | 97 |
| 58 | Unreported social security and Medicare tax from Form: a [ ] 4137  b [ ] 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60a | Household employment taxes from Schedule H | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| 61 | Health care: individual responsibility (see instructions) Full-year coverage [X] | 61 | |
| 62 | Taxes from: a [ ] Form 8959 b [ ] Form 8960 c [ ] Instructions; enter code(s) | 62 | |
| 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 97 |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | | |
|---|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | | |
| 65 | 2017 estimated tax payments and amount applied from 2016 return | 65 | | |
| 66a | Earned income credit (EIC) | NO | 66a | |
| b | Nontaxable combat pay election | 66b | | |
| 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | |
| 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| 69 | Net premium tax credit. Attach Form 8962 | 69 | | |
| 70 | Amount paid with request for extension to file | 70 | | |
| 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | |
| 73 | Credits from Form: a [ ] 2439 b [ ] Reserved c [ ] 8885 d [ ] | 73 | | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | | |

**Refund**

Direct deposit? See instructions.

| | | | |
|---|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | |
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ [ ] | 76a | |
| ▶ b | Routing number _____ ▶ c Type: [ ] Checking [ ] Savings | | |
| ▶ d | Account number _____ | | |
| 77 | Amount of line 75 you want applied to your 2018 estimated tax ▶ | 77 | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 97 |
| 79 | Estimated tax penalty (see instructions) | 79 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] Yes. Complete below. [ ] No

Designee's name ▶ SUSAN TENNEY    Phone no. ▶ 208-734-4428    Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____ Date _____ Your occupation _____    Daytime phone number

Spouse's signature. If a joint return, both must sign. Date _____ Spouse's occupation _____    If the IRS sent you an Identity Protection PIN, enter it here (see instr.)

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check [X] if self-employed |
| SUSAN TENNEY | SUSAN TENNEY | 08/19/19 | |
| Firm's name ▶ SUSAN I TENNEY CPA | Firm's EIN ▶ |
| Firm's address ▶ 451 EASTLAND DR # 8 | Phone no. |
| TWIN FALLS    ID 83301-7454 | 208-734-4428 |

Go to www.irs.gov/Form1040 for instructions and the latest information.
DAA

Form 1040 (2017)

| SCHEDULE C | | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|---|
| **(Form 1040)** | | (Sole Proprietorship) | **2017** |

JT1069 08/19/2019 8:02 AM

Department of the Treasury
Internal Revenue Service (99)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

Attachment Sequence No. **09**

Name of proprietor: **MICHAEL V JONES**

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions)
**EQUIPMENT SALES & SERVICE**

**B** Enter code from instructions ▶ **423400**

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ **PO BOX 26**
City, town or post office, state, and ZIP code   **TWIN FALLS    ID 83301**

**F** Accounting method: (1) **X** Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2017? If "No," see instructions for limit on losses  **X** Yes  ☐ No

**H** If you started or acquired this business during 2017, check here  ▶ ☐

**I** Did you make any payments in 2017 that would require you to file Form(s) 1099? (see instructions)  ☐ Yes  **X** No

**J** If "Yes," did you or will you file required Forms 1099?  ☐ Yes  ☐ No

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked  ▶ ☐ | **1** | 156,059 |
| 2 | Returns and allowances | **2** | |
| 3 | Subtract line 2 from line 1 | **3** | 156,059 |
| 4 | Cost of goods sold (from line 42) | **4** | 129,416 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | **5** | 26,643 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | **6** | |
| 7 | **Gross income.** Add lines 5 and 6  ▶ | **7** | 26,643 |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | **8** | 4,006 | 18 | Office expense (see instructions) | **18** | |
| 9 | Car and truck expenses (see instructions) | **9** | | 19 | Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees | **10** | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | **11** | | a | Vehicles, machinery, and equipment | **20a** | |
| 12 | Depletion | **12** | | b | Other business property | **20b** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | | 21 | Repairs and maintenance | **21** | 728 |
| | | | | 22 | Supplies (not included in Part III) | **22** | |
| | | | | 23 | Taxes and licenses | **23** | |
| 14 | Employee benefit programs (other than on line 19) | **14** | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | **24a** | 11,913 |
| 15 | Insurance (other than health) | **15** | 430 | b | Deductible meals and entertainment (see instructions) | **24b** | 50 |
| 16 | Interest: | | | 25 | Utilities | **25** | |
| a | Mortgage (paid to banks, etc.) | **16a** | | 26 | Wages (less employment credits) | **26** | |
| b | Other | **16b** | | 27a | Other expenses (from line 48) | **27a** | 8,060 |
| 17 | Legal and professional services | **17** | 769 | b | Reserved for future use | **27b** | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a  ▶ | **28** | 25,956 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | **29** | 687 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | **31** | 687 |

| | | |
|---|---|---|
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | **32a** ☐ All investment is at risk. **32b** ☐ Some investment is not at risk. |

**For Paperwork Reduction Act Notice, see the separate instructions.**

DAA

Schedule C (Form 1040) 2017

JT1069 08/19/2019 8:02 AM

**MICHAEL V JONES**

Schedule C (Form 1040) 2017   **EQUIPMENT SALES & SERVICE**                                                Page **2**

| Part III | **Cost of Goods Sold** (see instructions) |
|---|---|

**33** Method(s) used to
value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ......................................................................................   ☐ Yes   ☐ No

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation | **35** | 0 |
| **36** Purchases less cost of items withdrawn for personal use | **36** | 129,416 |
| **37** Cost of labor. Do not include any amounts paid to yourself | **37** | |
| **38** Materials and supplies | **38** | |
| **39** Other costs | **39** | |
| **40** Add lines 35 through 39 | **40** | 129,416 |
| **41** Inventory at end of year | **41** | 0 |
| **42** Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | **42** | 129,416 |

| Part IV | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ ..............................

**44** Of the total number of miles you drove your vehicle during 2017, enter the number of miles you used your vehicle for:

**a** Business ......................   **b** Commuting (see instructions) ...............   **c** Other ..............

**45** Was your vehicle available for personal use during off-duty hours? ......................................   ☐ Yes   ☐ No
**46** Do you (or your spouse) have another vehicle available for personal use? ...........................   ☐ Yes   ☐ No
**47a** Do you have evidence to support your deduction? ..................................................   ☐ Yes   ☐ No
  **b** If "Yes," is the evidence written? ............................................................   ☐ Yes   ☐ No

| Part V | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---|
| COMPUTER & INTERNET EXPENSE | |
| AUTO EXPENSE | 6,643 |
| BANK CHARGE | 280 |
| TELEPHONE | 794 |
| POSTAGE | |
| UTILITIES | 343 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on line 27a | **48** | 8,060 |

DAA                                                              Schedule C (Form 1040) 2017

JT1069 08/19/2019 8:02 AM

| SCHEDULE SE | Self-Employment Tax | OMB No. 1545-0074 |
|---|---|---|

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Self-Employment Tax**

▶ Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.
▶ **Attach to Form 1040 or Form 1040NR.**

**2017**

Attachment
Sequence No. **17**

Name of person with **self-employment** income (as shown on Form 1040 or Form 1040NR)
**MICHAEL V    JONES**

Social security number of person
with **self-employment** income ▶

*Before you begin:* To determine if you must file Schedule SE, see the instructions.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note:** Use this flowchart **only** if you must file Schedule SE. If unsure, see *Who Must File Schedule SE* in the instructions.



## Section A — Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1a | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | **1a** | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code Z | **1b** | ( ) |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report | **2** | 687 |
| 3 | Combine lines 1a, 1b, and 2 | **3** | 687 |
| 4 | Multiply line 3 by 92.35% (0.9235). If less than $400, you don't owe self-employment tax; **don't** file this schedule unless you have an amount on line 1b ▶ | **4** | 634 |
| | **Note:** If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| 5 | Self-employment tax. If the amount on line 4 is: • $127,200 or less, multiply line 4 by 15.3% (0.153). Enter the result here and on **Form 1040, line 57, or Form 1040NR, line 55** • More than $127,200, multiply line 4 by 2.9% (0.029). Then, add $15,772.80 to the result. Enter the total here and on **Form 1040, line 57, or Form 1040NR, line 55** | **5** | 97 |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (0.50). Enter the result here and on **Form 1040, line 27, or Form 1040NR, line 27** | **6**    49 | |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule SE (Form 1040) 2017

DAA

DON'T STAPLE

**F O R M 40**
EFO00089
05-31-2017

8734

**2017**

# IDAHO INDIVIDUAL INCOME TAX RETURN

**AMENDED RETURN?** Check the box. ▪ ☐
See page 7 of instructions for the reasons to amend, and enter the number that applies.

State Use Only
**JONE**

For calendar year 2017 or fiscal year beginning _____ , ending _____

**PLEASE PRINT OR TYPE**

| Your first name and initial | | Last name |
| MICHAEL | V | JONES |
| Spouse's first name and initial | | Last name |

Your Social Security number (required)
☐ Deceased in 2017

Spouse's Social Security number (required)
☐ Deceased in 2017

Current mailing address
**PO BOX 26**

City, state, and ZIP Code
**TWIN FALLS          ID 83301**

Forms also available at tax.idaho.gov

**FILING STATUS.** Check only one box.
If married filing jointly or separately, enter spouse's name and Social Security number above.

1. ☒ Single
2. ☐ Married filing jointly
3. ☐ Married filing separately
4. ☐ Head of household
5. ☐ Qualifying widow(er)

**6. EXEMPTIONS.** If someone can claim you as a dependent, leave box 6a blank.
Enter "1" in boxes 6a, Yourself a. **1**
and 6b, if they apply. Spouse b. ☐

c. List your dependents. If you have more than four, continue on Form 39R.
Enter the total number here ▪ ☐

| First name | Last name | Social Security number |
| | | |
| | | |
| | | |
| | | |

d. Total exemptions. Add lines 6a through 6c. Must match federal return ..... d. **1**

**INCOME. See instructions, page 7.**

| | | | |
|---|---|---|---|
| 7. Enter your federal adjusted gross income from federal Form 1040, line 37; federal Form 1040A, line 21; or federal Form 1040EZ, line 4. Include a complete copy of your federal return ......... | 7 | 638 | 00 |
| 8. Additions from Form 39R, Part A, line 7. Include Form 39R .............................................. | 8 | | 00 |
| 9. Total. Add lines 7 and 8 ................................................................................... | 9 | 638 | 00 |
| 10. Subtractions from Form 39R, Part B, line 23. Include Form 39R ...................................... | 10 | 1,937 | 00 |
| 11. **TOTAL ADJUSTED INCOME.** Subtract line 10 from line 9 ................................... | 11 | -1,299 | 00 |

**TAX COMPUTATION. See instructions, page 7.**

Standard Deduction for Most People

Single or Married Filing Separately:
**$6,350**

Head of Household:
**$9,350**

Married Filing Jointly or Qualifying Widow(er):
**$12,700**

**12. CHECK**
a. If age 65 or older ▪ ☒ Yourself  ☐ Spouse
b. If blind ▪ ☐ Yourself  ☐ Spouse
c. If your parent or someone else can claim you as a dependent, check here and enter zero on lines 18 and 42. ▪ ☐

| | | | |
|---|---|---|---|
| 13. Itemized deductions. Include federal Schedule A. Federal limits apply ........................... | 13 | | 00 |
| 14. All state and local income or general sales taxes included on federal Schedule A, line 5 | 14 | | 00 |
| 15. Subtract line 14 from line 13. If you don't use federal Schedule A, enter zero ................. | 15 | 0 | 00 |
| 16. Standard deduction. See instructions, page 7, to determine amount if not standard ..... | 16 | 7,900 | 00 |
| 17. Subtract the LARGER of line 15 or 16 from line 11. If less than zero, enter zero ......... | 17 | | 00 |
| 18. Multiply **$4,050** by the number of exemptions claimed on line 6d. Federal limits apply .... | 18 | 4,050 | 00 |
| 19. Idaho taxable income. Subtract line 18 from line 17. If less than zero, enter zero ......... | 19 | 0 | 00 |
| 20. Tax from tables or rate schedule. See instructions, page 37 ...................................... | 20 | | 00 |

**Continue to page 2.**

**MAIL TO: Idaho State Tax Commission, PO Box 56, Boise, ID 83756-0056**
**INCLUDE A COMPLETE COPY OF YOUR FEDERAL RETURN.**


017150012

Form 40 - 2017
EFO00089p2  05-31-2017

Page 2

| | | | |
|---|---|---|---|
| 21. Tax amount from line 20 | | 21 | 00 |

**CREDITS. Limits apply. See instructions, page 8.**

| | | | | | |
|---|---|---|---|---|---|
| 22. Income tax paid to other states. Include Form 39R and a copy of other states' return • | 22 | | 00 | | |
| 23. Total credits from Form 39R, Part E, line 4. Include Form 39R | 23 | | 00 | | |
| 24. Total business income tax credits from Form 44, Part I, line 9. Include Form 44 | 24 | | 00 | | |
| 25. TOTAL CREDITS. Add lines 22 through 24 | | | | 25 | 00 |
| 26. Subtract line 25 from line 21. If line 25 is more than line 21, enter zero | | | | 26 | 0 00 |

**OTHER TAXES. See instructions, page 9.**

| | | | |
|---|---|---|---|
| 27. Fuels tax due. Include Form 75 | | 27 | 00 |
| 28. **Sales/use tax due on untaxed purchases (internet, mail order, and other)** | • | 28 | 00 |
| 29. Total tax from recapture of income tax credits from Form 44, Part II, line 6. Include Form 44 | | 29 | 00 |
| 30. Tax from recapture of qualified investment exemption (QIE). Include Form 49ER | | 30 | 00 |
| 31. Permanent building fund. Check the box if you received Idaho public assistance payments for 2017 □ | • | 31 | 10 00 |
| 32. **TOTAL TAX.** Add lines 26 through 31 | • | 32 | 10 00 |

**DONATIONS. See instructions, page 9. I want to donate to:**

| | | |
|---|---|---|
| 33. Nongame Wildlife Conservation Fund • | 34. Idaho Children's Trust Fund • | |
| 35. Special Olympics Idaho • | 36. Idaho Guard & Reserve Family • | |
| 37. American Red Cross of Idaho Fund • | 38. Veterans Support Fund • | |
| 39. Idaho Foodbank Fund • | 40. Opportunity Scholarship Program • | |

| | | |
|---|---|---|
| 41. **TOTAL TAX PLUS DONATIONS.** Add lines 32 through 40 | 41 | 10 00 |

**PAYMENTS and OTHER CREDITS. Complete the grocery credit refund worksheet on page 10.**

| | | | |
|---|---|---|---|
| 42. Grocery credit. Computed Amount (from worksheet) | **120** | | |
|    To donate your grocery credit to the Cooperative Welfare Fund, check the box and enter zero on line 42 | | | |
|    To receive your grocery credit, enter the computed amount on line 42 | • | 42 | 120 00 |
| 43. Maintaining a home for family member age 65 or older, or developmentally disabled. Include Form 39R | | 43 | 00 |
| 44. Special fuels tax refund _____ Gasoline tax refund _____ Include Form 75 | | 44 | 00 |
| 45. Idaho income tax withheld. Include Form(s) W-2 and any 1099(s) that show Idaho withholding | | 45 | 00 |
| 46. 2017 Form 51 payment(s) and amount applied from 2016 return | | 46 | 00 |
| 47. Pass-through income tax. Withheld _____ Paid by entity _____ Include Form(s) ID K-1 | | 47 | 00 |
| 48. Reimbursement Incentive Act credit _____ Claim of Right credit _____ See instructions | | 48 | 00 |
| 49. TOTAL PAYMENTS AND OTHER CREDITS. Add lines 42 through 48 | | 49 | 120 00 |

**TAX DUE or REFUND. See instructions, page 11. If line 41 is more than line 49, GO TO LINE 50. If line 41 is less than line 49, GO TO LINE 53.**

| | | | |
|---|---|---|---|
| 50. **TAX DUE.** Subtract line 49 from line 41 | | 50 | 00 |
| 51. Penalty _____ Interest from the due date _____ Enter total | | 51 | 00 |
|    Check box if penalty is caused by an unqualified Idaho medical savings account withdrawal □ | | | |
| 52. **TOTAL DUE.** Add lines 50 and 51. Make check or money order payable to the Idaho State Tax Commission • | | 52 | 00 |
| 53. **OVERPAID.** Line 49 minus lines 41 and 51. This is the amount you overpaid | | 53 | 110 00 |
| 54. **REFUND.** Amount of line 53 to be refunded to you | • | 54 | 110 00 |
| 55. **ESTIMATED TAX.** Amount of line 53 to be applied to your 2018 estimated tax | • | 55 | 00 |

56. **DIRECT DEPOSIT. See instructions, page 12.** • □ Check if final deposit destination is outside the U.S.

| | | | | |
|---|---|---|---|---|
| • Routing No. _____ | • Account No. _____ | Type of Account: • | □ Checking | □ Savings |

**AMENDED RETURN ONLY. Complete this section to determine your tax due or refund. See instructions.**

| | | | |
|---|---|---|---|
| 57. Total due (line 52) or overpaid (line 53) on this return | | 57 | 00 |
| 58. Refund from original return plus additional refunds | • | 58 | 00 |
| 59. Tax paid with original return plus additional tax paid | | 59 | 00 |
| 60. Amended tax due or refund. Add lines 57 and 58 then subtract line 59 | | 60 | 00 |

☒ Within 180 days of receiving this return, the Idaho State Tax Commission may discuss this return with the paid preparer identified below.

Under penalties of perjury, I declare that to the best of my knowledge and belief this return is true, correct, and complete. See instructions.

| SIGN HERE | Your signature | Spouse's signature (if a joint return, BOTH MUST SIGN) |
|---|---|---|
| Date | | |
| | Taxpayer's phone number | |

| Paid preparer's signature | Preparer's address and phone number | |
|---|---|---|
| • SUSAN TENNEY | 451 EASTLAND DR # 8 | 208-734-4428 |
| | TWIN FALLS          ID  83301-7454 | |

0 1715212

JT1069 08/19/2019 8:02 AM

FORM **39R**
EFO00088
05-19-2017

# IDAHO SUPPLEMENTAL SCHEDULE
### For Form 40, Resident Returns Only

1022

**2017**

Name(s) as shown on return

MICHAEL V JONES

## A. Additions. See instructions, page 20.

| | | | |
|---|---|---|---|
| 1. | Federal net operating loss carryover included in Form 40, line 7 | 1 | 00 |
| 2. | Capital loss carryover incurred outside the state before becoming an Idaho resident | 2 | 00 |
| 3. | Non-Idaho state and local bond interest and dividends | 3 | 00 |
| 4. | Idaho college savings account withdrawal | 4 | 00 |
| 5. | Bonus depreciation. Include computations | 5 | 00 |
| 6. | Other additions. Include explanation | 6 | 00 |
| 7. | Total additions. Add lines 1 through 6. Enter here and on Form 40, line 8 | 7 | 00 |

## B. Subtractions. See instructions, page 20.

| | | | |
|---|---|---|---|
| 1. | Idaho net operating loss carryover .            636 <br> Idaho net operating loss carryback .            Enter total here | 1 | 636 00 |
| 2. | State income tax refund, if included in federal income | 2 | 00 |
| 3. | Interest from U.S. Government obligations | 3 | 00 |
| 4. | Energy efficiency upgrades | 4 | 00 |
| 5. | Alternative energy devices deduction | | |

| | Year Acquired | Type of Device | Total Cost | Percent | | | |
|---|---|---|---|---|---|---|---|
| a. | 2017 | | $ | X 40% = | 5a | | 00 |
| b. | 2016 | | $ | X 20% = | 5b | | 00 |
| c. | 2015 | | $ | X 20% = | 5c | | 00 |
| d. | 2014 | | $ | X 20% = | 5d | | 00 |

| | | | |
|---|---|---|---|
| e. | Add lines 5a through 5d. Can't exceed $5,000 | 5e | 00 |
| 6. | Child/dependent care. Include federal Form 2441 | 6 | 00 |
| 7. | Social Security and railroad benefits, if included in federal income | 7 | 00 |
| 8. | Retirement benefits deduction. Complete Part C | 8 | 00 |
| 9. | Technological equipment donation | 9 | 00 |
| 10. | Idaho capital gains deduction. Include Form CG | 10 | 00 |
| 11. | Active duty military pay earned outside of Idaho | 11 | 00 |
| 12. | Adoption expenses | 12 | 00 |
| 13. | Idaho medical savings account. Contributions            Interest <br> Financial institution <br> Account number | 13 | 00 |
| 14. | Idaho college savings program | 14 | 00 |
| 15. | Maintaining a home for the aged or developmentally disabled | 15 | 00 |
| 16. | Idaho lottery winnings, less than $600 per prize | 16 | 00 |
| 17. | Income earned on a reservation by an American Indian | 17 | 00 |
| 18. | Health insurance premiums | 18 | 1,301 00 |
| 19. | Long-term care insurance | 19 | 00 |
| 20. | Workers' compensation insurance | 20 | 00 |
| 21. | Bonus depreciation. Include computations | 21 | 00 |
| 22. | Other subtractions. Include explanation | 22 | 00 |
| 23. | Total subtractions. Add lines 1 through 4 and 5e through 22. <br> Enter here and on Form 40, line 10 | 23 | 1,937 00 |

## C. Retirement benefits deduction. See instructions, page 21, for qualified retirement benefits.

| | | | |
|---|---|---|---|
| 1. | If single, enter $32,244, or if married filing jointly, enter $48,366 | 1 | 32,244 00 |
| 2. | Federal Railroad Retirement benefits received | 2 | 00 |
| 3. | Social Security benefits received | 3 | 10,037 00 |
| 4. | Line 1 minus lines 2 and 3. If less than zero, enter zero | 4 | 22,207 00 |
| 5. | Qualified retirement benefits included in federal income | 5 | 00 |
| 6. | Enter the smaller of line 4 or 5 here and on Part B, line 8 | 6 | 0 00 |

# EXHIBIT B

JT1069 08/22/2018 1:08 PM

**Form 1040**

Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return**

**2018**

OMB No. 1545-0074    IRS Use Only–Do not write or staple in this space.

Filing status: [X] Single  [ ] Married filing jointly  [ ] Married filing separately  [ ] Head of household  [ ] Qualifying widow(er)

| Your first name and initial | Last name |
|---|---|
| MICHAEL V | JONES |

Your standard deduction: [ ] Someone can claim you as a dependent  [X] You were born before January 2, 1954  [ ] You are blind

If joint return, spouse's first name and initial          Last name

Spouse's social security number

Spouse standard deduction: [ ] Someone can claim your spouse as a dependent  [ ] Spouse was born before January 2, 1954  [X] Full-year health care coverage
[ ] Spouse is blind  [ ] Spouse itemizes on a separate return or you were a dual-status alien          or exempt (see instr.)

Home address (number and street). If you have a P.O. box, see instructions.

**PO BOX 26**

Apt. no.

Presidential Election Campaign (see instr.) [ ] You [ ] Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.

**TWIN FALLS          ID 83301**

If more than four dependents, see instr. and ✓ here ▶

**Dependents** (see instructions):

| (1) First name          Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instr.) | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | | |
| | | | | |
| | | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return?
See instructions.
Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see instr.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see instr.) |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | PTIN | Check if: |
|---|---|---|---|
| SUSAN TENNEY | SUSAN TENNEY | | [X] 3rd Party Designee |

Firm's name ▶ **SUSAN I TENNEY CPA**          [X] Self-employed
          **451 EASTLAND DR # 8**

Firm's address ▶ **TWIN FALLS          ID 83301-7454**

Firm's EIN

Phone no. **208-734-4428**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2018)

DAA

Form 1040 (2018)    **MICHAEL V JONES**    Page 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | | **1** | |
| **2a** | Tax-exempt interest | 2a | | **b** | Taxable interest | **2b** | |
| **3a** | Qualified dividends | 3a | | **b** | Ordinary dividends | **3b** | |
| **4a** | IRAs, pensions, and annuities | 4a | | **b** | Taxable amount | **4b** | |
| **5a** | Social security benefits | 5a | 10,345 | **b** | Taxable amount | **5b** | 0 |
| **6** | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | | 1,009 | | | **6** | 1,009 |

Attach Form(s)
W-2. Also attach
Form(s) W-2G and
1099-R if tax was
withheld.

| | | | |
|---|---|---|---|
| **7** | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise subtract Schedule 1, line 36, from line 6 | **7** | 937 |

Standard
Deduction for –

· Single or married
filing separately,
$12,000

· Married filing
jointly or Qualifying
widow(er),
$24,000

· Head of
household,
$18,000

· If you checked
any box under
Standard
deduction,
see instructions.

| | | | | |
|---|---|---|---|---|
| **8** | Standard deduction or itemized deductions (from Schedule A) | | **8** | 13,600 |
| **9** | Qualified business income deduction (see instructions) | | **9** | |
| **10** | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | | **10** | 0 |
| **11** | Tax (see instr.) _____ 0 (check if any from: 1 ☐ Form(s) 8814  2 ☐ Form 4972 <br> 3 ☐ _____  _____ ) | | | |
| | **b Add** any amount from Schedule 2 and check here  ▶ ☐ | | **11** | 0 |
| **12** | **a** Child tax credit/credit for other dependents _____  **b Add** any amount from Schedule 3 and check here ▶ ☐ | | **12** | |
| **13** | Subtract line 12 from line 11. If zero or less, enter -0- | | **13** | 0 |
| **14** | Other taxes. Attach Schedule 4 | | **14** | 143 |
| **15** | Total tax. Add lines 13 and 14 | | **15** | 143 |
| **16** | Federal income tax withheld from Forms W-2 and 1099 | | **16** | |
| **17** | Refundable credits: **a** EIC (see instr.) _____  **b** Sch 8812 _____ <br> **c** Form 8863 _____  NO | | | |
| | **Add** any amount from Schedule 5 _____ | | **17** | |
| **18** | Add lines 16 and 17. These are your total payments | | **18** | |

**Refund**

Direct deposit?
See instructions.

| | | | |
|---|---|---|---|
| **19** | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** | **19** | |
| **20a** | Amount of line 19 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | **20a** | |
| ▶ **b** | Routing number _____  ▶ **c** Type: ☐ Checking ☐ Savings | | |
| ▶ **d** | Account number _____ | | |
| **21** | Amount of line 19 you want **applied to your 2019 estimated tax** ▶ | **21** | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| **22** | **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions ▶ | **22** | 143 |
| **23** | Estimated tax penalty (see instructions) ▶ | **23** | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.

Form **1040** (2018)

DAA

JT1069 08/22/2019 1:08 PM

| SCHEDULE 1 | **Additional Income and Adjustments to Income** | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | | **2018** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040. ▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | Attachment ▪ 01 |

Name(s) shown on Form 1040

**MICHAEL V JONES**

| **Additional Income** | 1-9b | Reserved | | 1-9b | |
|---|---|---|---|---|---|
| | 10 | Taxable refunds, credits, or offsets of state and local income taxes | | 10 | |
| | 11 | Alimony received | | 11 | |
| | 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 | 1,009 |
| | 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ | ☐ | 13 | |
| | 14 | Other gains or (losses). Attach Form 4797 | | 14 | |
| | 15a | Reserved | | 15b | |
| | 16a | Reserved | | 16b | |
| | 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | |
| | 18 | Farm income or (loss). Attach Schedule F | | 18 | |
| | 19 | Unemployment compensation | | 19 | |
| | 20a | Reserved | | 20b | |
| | 21 | Other income. List type and amount ▶ | | 21 | |
| | 22 | Combine the amounts in the far right column. If you don't have any adjustments to income, enter here and include on Form 1040, line 6. Otherwise, go to line 23 | | 22 | 1,009 |
| **Adjustments to Income** | 23 | Educator expenses | 23 | | |
| | 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 24 | | |
| | 25 | Health savings account deduction. Attach Form 8889 | 25 | | |
| | 26 | Moving expenses for members of the Armed Forces. Attach Form 3903 | 26 | | |
| | 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | 72 | |
| | 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | |
| | 29 | Self-employed health insurance deduction | 29 | | |
| | 30 | Penalty on early withdrawal of savings | 30 | | |
| | 31a | Alimony paid    **b** Recipient's SSN ▶ | 31a | | |
| | 32 | IRA deduction | 32 | | |
| | 33 | Student loan interest deduction | 33 | | |
| | 34 | Reserved | 34 | | |
| | 35 | Reserved | 35 | | |
| | 36 | Add lines 23 through 35 | | 36 | 72 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 1 (Form 1040) 2018

DAA

JT1069 08/22/2019 1:09 PM

**SCHEDULE 4**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Other Taxes**

▶ Attach to Form 1040.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **04**

Name(s) shown on Form 1040

**MICHAEL V JONES**

143

| | | | |
|---|---|---|---|
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 |
| | 58 | Unreported social security and Medicare tax from: Form  a ☐ 4137  b ☐ 8919 | 58 |
| | 59 | Additional tax on IRAs, other qualified retirement plans, and other tax-favored accounts. Attach Form 5329 if required | 59 |
| | 60a | Household employment taxes. Attach Schedule H | 60a |
| | b | Repayment of first-time homebuyer credit from Form 5405. Attach Form 5405 if required | 60b |
| | 61 | Health care: individual responsibility (see instructions) | 61 |
| | 62 | Taxes from:  a ☐ 8959  b ☐ 8960 <br> c ☐ Instructions; enter code(s) _____ | 62 |
| | 63 | Section 965 net tax liability installment from Form 965-A ............... | 63 | |
| | 64 | Add the amounts in the far right column. These are your **total other taxes.** Enter here and on Form 1040, line 14 | 64 | 143 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 4 (Form 1040) 2018

DAA

JT1069 08/22/2019 1:09 PM

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2018**

Attachment
Sequence No.    **09**

Name of proprietor
**MICHAEL V JONES**

| | |
|---|---|
| A  Principal business or profession, including product or service (see instructions) **EQUIPMENT SALES & SERVICE** | B  Enter code from instructions ▶ **423400** |
| C  Business name. If no separate business name, leave blank. | D  Employer ID number (EIN) (see instr.) |

E  Business address (including suite or room no.) ▶ **PO BOX 26**
City, town or post office, state, and ZIP code  **TWIN FALLS        ID 83301**

F  Accounting method:    (1) ☒ Cash    (2) ☐ Accrual    (3) ☐ Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2018? If "No," see instructions for limit on losses ..... ☒ Yes  ☐ No

H  If you started or acquired this business during 2018, check here ............................................ ▶ ☐

I  Did you make any payments in 2018 that would require you to file Form(s) 1099? (see instructions) ............... ☐ Yes  ☒ No

J  If "Yes," did you or will you file required Forms 1099? ................................................. ☐ Yes  ☐ No

**Part I    Income**

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | **1** 303,297 |
| 2 | Returns and allowances | **2** |
| 3 | Subtract line 2 from line 1 | **3** 303,297 |
| 4 | Cost of goods sold (from line 42) | **4** 246,596 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | **5** 56,701 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | **6** |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | **7** 56,701 |

**Part II    Expenses.** Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising | **8** 8,261 | 18 | Office expense (see instructions) | **18** |
| 9 | Car and truck expenses (see instructions) | **9** | 19 | Pension and profit-sharing plans | **19** |
| 10 | Commissions and fees | **10** | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | **11** | a | Vehicles, machinery, and equipment | **20a** |
| 12 | Depletion | **12** | b | Other business property | **20b** |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | 21 | Repairs and maintenance | **21** 3,326 |
| | | | 22 | Supplies (not included in Part III) | **22** |
| | | | 23 | Taxes and licenses | **23** |
| 14 | Employee benefit programs (other than on line 19) | **14** | 24 | Travel and meals: | |
| | | | a | Travel | **24a** 14,401 |
| 15 | Insurance (other than health) | **15** 816 | b | Deductible meals (see instructions) | **24b** 50 |
| 16 | Interest (see instructions): | | 25 | Utilities | **25** |
| a | Mortgage (paid to banks, etc.) | **16a** | 26 | Wages (less employment credits) | **26** |
| b | Other | **16b** | 27a | Other expenses (from line 48) | **27a** 8,638 |
| 17 | Legal and professional services | **17** 20,200 | 27b | Reserved for future use | **27b** |

| | | |
|---|---|---:|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | **28** 55,692 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | **29** 1,009 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | |

Simplified method filers only: enter the total square footage of: (a) your home: _____
and (b) the part of your home used for business: _____ . Use the Simplified
Method Worksheet in the instructions to figure the amount to enter on line 30 ........ **30**

| | | |
|---|---|---:|
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | **31** 1,009 |
| | • If a loss, you **must** go to line 32. | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | **32a** ☐ All investment is at risk. **32b** ☐ Some investment is not at risk. |
| | • If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**

DAA

Schedule C (Form 1040) 2018

JT1069 08/22/2019 1:08 PM

**MICHAEL V JONES**

Schedule C (Form 1040) 2018   **EQUIPMENT SALES & SERVICE**                                Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

33  Method(s) used to
value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ..................................................................................................  ☐ Yes   ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | **35** | 0 |
| 36 | Purchases less cost of items withdrawn for personal use | **36** | 246,596 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | **37** | |
| 38 | Materials and supplies | **38** | |
| 39 | Other costs | **39** | |
| 40 | Add lines 35 through 39 | **40** | 246,596 |
| 41 | Inventory at end of year | **41** | 0 |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | **42** | 246,596 |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶

44  Of the total number of miles you drove your vehicle during 2018, enter the number of miles you used your vehicle for:

**a** Business .................   **b** Commuting (see instructions) .................   **c** Other .................

45  Was your vehicle available for personal use during off-duty hours? ..................................................  ☐ Yes   ☐ No
46  Do you (or your spouse) have another vehicle available for personal use? ........................................  ☐ Yes   ☐ No
47a  Do you have evidence to support your deduction? .......................................................................  ☐ Yes   ☐ No
  **b** If "Yes," is the evidence written? ...........................................................................................  ☐ Yes   ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. | |
|---|---|---|
| AUTO EXPENSE | | 6,333 |
| BANK CHARGE | | 311 |
| TELEPHONE | | 1,186 |
| POSTAGE | | 808 |
| UTILITIES | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 48 | Total other expenses. Enter here and on line 27a | **48** | 8,638 |

DAA                                                                     Schedule C (Form 1040) 2018

JT1069 08/22/2018 1:08 PM

| SCHEDULE SE<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service  (99) | **Self-Employment Tax**<br><br>▶ Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.<br>▶ Attach to Form 1040 or Form 1040NR. | OMB No. 1545-0074<br>**2018**<br>Attachment<br>Sequence No. **17** |
|---|---|---|

| Name of person with **self-employment** income (as shown on Form 1040 or Form 1040NR)<br>MICHAEL V    JONES | Social security number of person<br>with **self-employment** income ▶ | |
|---|---|---|

**Before you begin:** To determine if you must file Schedule SE, see the instructions.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note:** Use this flowchart **only** if you must file Schedule SE. If unsure, see *Who Must File Schedule SE* in the instructions.



## Section A — Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---:|
| 1a | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1a | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | 1b ( | ) |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report | 2 | 1,009 |
| 3 | Combine lines 1a, 1b, and 2 | 3 | 1,009 |
| 4 | Multiply line 3 by 92.35% (0.9235). If less than $400, you don't owe self-employment tax; **don't** file this schedule unless you have an amount on line 1b  ▶<br>**Note:** If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | 4 | 932 |
| 5 | **Self-employment tax.** If the amount on line 4 is:<br>• $128,400 or less, multiply line 4 by 15.3% (0.153). Enter the result here and on **Schedule 4 (Form 1040), line 57,** or Form 1040NR, line 55<br>• More than $128,400, multiply line 4 by 2.9% (0.029). Then, add $15,921.60 to the result.<br>Enter the total here and on **Schedule 4 (Form 1040), line 57,** or Form 1040NR, line 55 | 5 | 143 |
| 6 | **Deduction for one-half of self-employment tax.**<br>Multiply line 5 by 50% (0.50). Enter the result here and on<br>**Schedule 1 (Form 1040), line 27,** or Form 1040NR, line 27 | 6 | 72 |

For Paperwork Reduction Act Notice, see your tax return instructions.                    Schedule SE (Form 1040) 2018

DAA

**DON'T STAPLE**

F O R M **40**
EFO00089
08-21-2018

1022
**2018**

# IDAHO INDIVIDUAL INCOME TAX RETURN

**AMENDED RETURN?** Check the box. ▸ ☐

See page 7 of instructions for the reasons to amend, and enter the number that applies.

State Use Only

**JONE**

For calendar year 2018 or fiscal year beginning _____ , ending _____

**PLEASE PRINT OR TYPE**

Your first name and initial: **MICHAEL** **V**
Last name: **JONES**

Your Social Security number (required): ████████

☐ Deceased in 2018

Spouse's first name and initial: 
Last name: 

☐ Deceased in 2018

Current mailing address: **PO BOX 26**

City, state, and ZIP code: **TWIN FALLS**    **ID 83301**

Forms also available at **tax.idaho.gov**

**FILING STATUS.** Check only one box. If married filing jointly or separately, enter spouse's name and Social Security number above.

1. ☒ Single
2. ☐ Married filing jointly
3. ☐ Married filing separately
4. ☐ Head of Household
5. ☐ Qualifying widow(er)

**HOUSEHOLD. See instructions, page 7.** If someone can claim you as a dependent, leave line 6a blank. Enter "1" on lines 6a, and 6b, if they apply.
List your dependents below. If you have more than four, continue on Form 39R. Enter total number on line 6c.

| | | First Name | Last Name | Social Security number | Birthdate (mm/dd/yyyy) |
|---|---|---|---|---|---|
| Yourself | 6a. **1** | | | | |
| Spouse | 6b. ____ | | | | |
| Dependent(s) | 6c. ____ | | | | |
| Total | 6d. **1** | | | | |

**INCOME. See instructions, page 7.**

| | | | |
|---|---|---|---|
| 7. Enter your federal adjusted gross income from federal Form 1040, line 7. Include a complete copy of your federal return | 7 | 937 | 00 |
| 8. Additions from Form 39R, Part A, line 7. Include Form 39R | 8 | | 00 |
| 9. Total. Add lines 7 and 8 | 9 | 937 | 00 |
| 10. Subtractions from Form 39R, Part B, line 23. Include Form 39R | 10 | 2,907 | 00 |
| 11. Qualified business income deduction | 11 | | 00 |
| 12. TOTAL ADJUSTED INCOME. Subtract lines 10 and 11 from line 9 | 12 | −1,970 | 00 |

**TAX COMPUTATION. See instructions, page 7.**

Standard Deduction for Most People

Single or Married Filing Separately: **$12,000**

Head of Household: **$18,000**

Married Filing Jointly or Qualifying Widow(er): **$24,000**

13. CHECK—
a. If age 65 or older ▸ ☒ Yourself ☐ Spouse
b. If blind ▸ ☐ Yourself ☐ Spouse
c. If your parent or someone else can claim you as a dependent, check here and enter zero on line 43. ☐

| | | | |
|---|---|---|---|
| 14. Itemized deductions. Include federal Schedule A. Federal limits apply | 14 | | 00 |
| 15. All state and local income or general sales taxes included on federal Schedule A, line 5 | 15 | | 00 |
| 16. Subtract line 15 from line 14. If you don't use federal Schedule A, enter zero | 16 | 0 | 00 |
| 17. Standard deduction. See instructions, page 7, to determine amount if not standard | 17 | 13,600 | 00 |
| 18. Subtract the LARGER of line 16 or 17 from line 12. If less than zero, enter zero | 18 | | 00 |
| 19. Idaho taxable income. Enter amount from line 18 | 19 | 0 | 00 |
| 20. Tax from tables or rate schedule. See instructions, page 39 | 20 | | 00 |

**Continue to page 2.**

**MAIL TO:** Idaho State Tax Commission, PO Box 56, Boise, ID 83756-0056
**INCLUDE A COMPLETE COPY OF YOUR FEDERAL RETURN.**



0 1 8 1 5 0 1 2

Form 40 - 2018
EFO00089p2  08-21-2018

Page 2

| | | | |
|---|---|---|---|
| 21. Tax amount from line 20 | | 21 | 00 |

**CREDITS. Limits apply. See instructions, page 8.**

| | | | | | |
|---|---|---|---|---|---|
| 22. Income tax paid to other states. Include Form 39R and a copy of other states' return | 22 | 00 | | | |
| 23. Total credits from Form 39R, Part E, line 4. Include Form 39R | 23 | 00 | | | |
| 24. Total business income tax credits from Form 44, Part I, line 9. Include Form 44 | 24 | 00 | | | |
| 25. Idaho Child Tax Credit. Computed amount from worksheet on page 8 | 25 | 00 | | | |
| 26. TOTAL CREDITS. Add lines 22 through 25 | | | 26 | 00 | |
| 27. Subtract line 26 from line 21. If line 26 is more than line 21, enter zero | | | 27 | 0 00 | |

**OTHER TAXES. See instructions, page 9.**

| | | | |
|---|---|---|---|
| 28. Fuels tax due. Include Form 75 | | 28 | 00 |
| 29. Sales/use tax due on untaxed purchases (online, mail order, and other) | | 29 | 00 |
| 30. Total tax from recapture of income tax credits from Form 44, Part II, line 6. Include Form 44 | | 30 | 00 |
| 31. Tax from recapture of qualified investment exemption (QIE). Include Form 49ER | | 31 | 00 |
| 32. Permanent building fund tax. Check the box if you received Idaho public assistance payments for 2018 ☐ | | 32 | 10 00 |
| 33. TOTAL TAX. Add lines 27 through 32 | | 33 | 10 00 |

**DONATIONS. See instructions, page 9.** I want to donate to:

| | | | | | |
|---|---|---|---|---|---|
| 34. Idaho Nongame Wildlife Fund | | 35. Idaho Children's Trust Fund | | | |
| 36. Special Olympics Idaho | | 37. Idaho Guard and Reserve Family | | | |
| 38. Reserved | | 39. Veterans Support Fund | | | |
| 40. Idaho Foodbank Fund | | 41. Opportunity Scholarship Program | | | |
| 42. TOTAL TAX PLUS DONATIONS. Add lines 33 through 41 | | | | 42 | 10 00 |

**PAYMENTS and OTHER CREDITS.**

| | | | |
|---|---|---|---|
| 43. Grocery credit. Computed amount from worksheet on page 10 ....... **120** | | | |
| To donate your grocery credit to the Cooperative Welfare Fund, check the box and enter zero on line 43 ☐ | | | |
| **To receive your grocery credit**, enter the computed amount on line 43 | | 43 | 120 00 |
| 44. Maintaining a home for family member age 65 or older or developmentally disabled. Include Form 39R | | 44 | 00 |
| 45. Special fuels tax refund _____ Gasoline tax refund _____ Include Form 75 | | 45 | 00 |
| 46. Idaho income tax withheld. Include Form(s) W-2 and any 1099(s) that show Idaho withholding | | 46 | 00 |
| 47. 2018 Form 51 payment(s) and amount applied from 2017 return | | 47 | 00 |
| 48. Pass-through income tax. Withheld _____ Paid by entity _____ Include Form(s) ID K-1 | | 48 | 00 |
| 49. Tax Reimbursement Incentive credit _____ Claim of Right credit _____ See instructions | | 49 | 00 |
| 50. TOTAL PAYMENTS and OTHER CREDITS. Add lines 43 through 49 | | 50 | 120 00 |

**TAX DUE or REFUND. See instructions, page 11. If line 42 is more than line 50, GO TO LINE 51. If line 42 is less than line 50, GO TO LINE 54.**

| | | | |
|---|---|---|---|
| 51. TAX DUE. Subtract line 50 from line 42 | | 51 | 00 |
| 52. Penalty _____ Interest from the due date _____ Enter total | | 52 | 00 |
| Check box if penalty is caused by an unqualified Idaho medical savings account withdrawal ☐ | | | |
| 53. TOTAL DUE. Add lines 51 and 52. Pay online or make check payable to the Idaho State Tax Commission | | 53 | 00 |
| 54. OVERPAID. Line 50 minus lines 42 and 52. This is the amount you overpaid | | 54 | 110 00 |
| 55. REFUND. Amount of line 54 to be refunded to you | | 55 | 110 00 |
| 56. ESTIMATED TAX. Amount of line 54 to be applied to your 2019 estimated tax | | 56 | 00 |

57. DIRECT DEPOSIT. See instructions, page 11. ☐ Check if final deposit destination is outside the U.S.

| | | | | |
|---|---|---|---|---|
| Routing No. | Account No. | | Type of Account: | ☐ Checking |
| | | | | ☐ Savings |

**AMENDED RETURN ONLY.** Complete this section to determine your tax due or refund. See instructions.

| | | | |
|---|---|---|---|
| 58. Total due (line 53) or overpaid (line 54) on this return | | 58 | 00 |
| 59. Refund from original return plus additional refunds | | 59 | 00 |
| 60. Tax paid with original return plus additional tax paid | | 60 | 00 |
| 61. Amended tax due or refund. Add lines 58 and 59 then subtract line 60 | | 61 | 00 |

☒ Within 180 days of receiving this return, the Idaho State Tax Commission may discuss this return with the paid preparer identified below.

Under penalties of perjury, I declare that to the best of my knowledge and belief this return is true, correct, and complete. See instructions.

| SIGN HERE | Your signature | Spouse's signature (if a joint return, BOTH MUST SIGN) | |
|---|---|---|---|
| Date | Taxpayer's phone number | Preparer's EIN, SSN, or PTIN | |
| Paid preparer's signature | Preparer's address and ph | ███████ | 208-734-4428 |
| • SUSAN TENNEY | 451 EASTLAND DR # 8 | | |
| | TWIN FALLS | ID 83301-7454 | |

0 1 8 1 5 2 1 2

JT1069 08/22/2018 1:08 PM

FORM **39R**
EFO00088
05-14-2018

# IDAHO SUPPLEMENTAL SCHEDULE
### For Form 40, Resident Returns Only

1022

**2018**

Name(s) as shown on return

**MICHAEL V JONES**

## A. Additions. See instructions, page 20.

| | | | |
|---|---|---|---|
| 1. | Federal net operating loss carryover included in Form 40, line 7 | 1 | 00 |
| 2. | Capital loss carryover incurred outside the state before becoming an Idaho resident | 2 | 00 |
| 3. | Non-Idaho state and local bond interest and dividends | 3 | 00 |
| 4. | Idaho college savings account withdrawal | 4 | 00 |
| 5. | Bonus depreciation. Include Form(s) 4562 | 5 | 00 |
| 6. | Other additions. Include explanation | 6 | 00 |
| 7. | Total additions. Add lines 1 through 6. Enter here and on Form 40, line 8 | 7 | 00 |

## B. Subtractions. See instructions, page 20.

| | | | |
|---|---|---|---|
| 1. | Idaho net operating loss carryover __1,299__ | | |
| | Idaho net operating loss carryback _____ Enter total here | 1 | 1,299 00 |
| 2. | State income tax refund, if included in federal income | 2 | 00 |
| 3. | Interest from U.S. Government obligations | 3 | 00 |
| 4. | Energy efficiency upgrades | 4 | 00 |
| 5. | Alternative energy devices deduction | | |

| | Year Acquired | Type of Device | Total Cost | Percent | | |
|---|---|---|---|---|---|---|
| a. | 2018 | | $ | X 40% = | 5a | 00 |
| b. | 2017 | | $ | X 20% = | 5b | 00 |
| c. | 2016 | | $ | X 20% = | 5c | 00 |
| d. | 2015 | | $ | X 20% = | 5d | 00 |

| | | | |
|---|---|---|---|
| | e. Add lines 5a through 5d. Can't exceed $5,000 | 5e | 00 |
| 6. | Child/dependent care. Complete worksheet on page 21 and include federal Form 2441 | 6 | 00 |
| 7. | Social Security and railroad benefits, if included in federal income | 7 | 00 |
| 8. | Retirement benefits deduction. Complete Part C | 8 | 00 |
| 9. | Technological equipment donation | 9 | 00 |
| 10. | Idaho capital gains deduction. Include Form CG | 10 | 00 |
| 11. | Active duty military pay earned outside of Idaho | 11 | 00 |
| 12. | Adoption expenses | 12 | 00 |
| 13. | Idaho medical savings account. Contributions _____ Interest _____ | | |
| | Financial institution _____ | | |
| | Account number _____ | 13 | 00 |
| 14. | Idaho college savings program | 14 | 00 |
| 15. | Maintaining a home for the aged or developmentally disabled | 15 | 00 |
| 16. | Idaho lottery winnings, less than $600 per prize | 16 | 00 |
| 17. | Income earned on a reservation by an American Indian | 17 | 00 |
| 18. | Health insurance premiums | 18 | 1,608 00 |
| 19. | Long-term care insurance | 19 | 00 |
| 20. | Workers' compensation insurance | 20 | 00 |
| 21. | Bonus depreciation. Include Form(s) 4562 | 21 | 00 |
| 22. | Other subtractions. Include explanation | 22 | 00 |
| 23. | Total subtractions. Add lines 1 through 4 and 5e through 22. Enter here and on Form 40, line 10 | 23 | 2,907 00 |

## C. Retirement benefits deduction. See instructions, page 22, for qualified retirement benefits.

| | | | |
|---|---|---|---|
| 1. | If single, enter $33,456 or if married filing jointly, enter $50,184 | 1 | 33,456 00 |
| 2. | Federal Railroad Retirement benefits received | 2 | 00 |
| 3. | Social Security benefits received | 3 | 10,345 00 |
| 4. | Line 1 minus lines 2 and 3. If less than zero, enter zero | 4 | 23,111 00 |
| 5. | Qualified retirement benefits included in federal income | 5 | 00 |
| 6. | Enter the smaller of line 4 or 5 here and on Part B, line 8 | 6 | 0 00 |

# EXHIBIT C

---

ITD Home | DMV Home

---

# ITD Forms

---

## Motor Vehicle Title and Registration Records Search

07/06/2020

Claire Brazelton

Access Idaho MVR Document ID #2161421

Worst, Stover, Gadd & Spiker, PLLC

P.O. Box 1428
Twin Falls, ID 83303

This is the motor vehicle title record you requested. If you need further information, please contact the Idaho Transportation Department, Motor Vehicle Records Desk at (208) 334-8773. Our fax number is (208) 334-8542.

# Current Title

1. Owner Information:

     VALLEY AUTO BROKERS                             OR

     JONES, MICHAEL VON

     807 GREENWOOD CIR

     TWIN FALLS             ID 83301

2. Title Information:

| | | |
|---|---|---|
| Title Number: 164013521 | Lienholder(s): 0 | Dealer: |
| | | Lien Released: |
| | | Issued: 07/08/2016 |
| | | Recorded: 07/05/2016 |
| | | Printed: 07/08/2016 |

3. Vehicle Information:

VIN: 1FDXF46P24EC87693

| | | | | |
|---|---|---|---|---|
| Year: 2004 | Make: FORD | Body: CB | Model: F45 | Color: WHI / YEL |
| Weight: 000000 | Length: | Width: | Description: | |
| Odometer: 127437 | Odometer Status: **Actual** | | Odometer Date: 07/05/2016 | |
| Brand: | | | | |

No Release of Liability found for this title.

Section 49-203 Idaho Code prohibits the release of personal information contained in driver and vehicle records to unauthorized parties, without express written consent of the individual the information pertains to. As an authorized requester you may receive this information but you may not re-release or re-sell it.

Fees Paid:

Inquiry                    7.00

Purchased through Idaho.gov Price  **8.50**

Request History Packet ($8.50)

Request Certified Packet ($15.50)

Request Certified History Packet ($22.50)

title search | registration search

In order to improve our online services you may complete this DMV customer survey.

**Division of Motor Vehicles**
[M-F 8:00 am - 5:00 pm Mountain Time]

- Administration: (208) 334-4443
- Driver Services: (208) 334-8736
- Motor Carrier: (208) 334-8611
- Overlegal Permits: (208) 334-8420
- Port of Entry: (208) 334-8688
- Vehicle Registrations (Special Plates): (208) 334-8649
- Vehicle Titles: (208) 334-8663
- Vehicle/Vessel Dealer Licensing: (208) 334-8681
- TDD/TTY: Dial 711 or 800-377-3529

Back to ITD Home Page

Idaho Transportation Department - 3311 W. State Street - P.O. Box 7129 Boise, ID 83707-1129 - (208) 334-8000