

## Avery Law

770 S Woodruff
Idaho Falls, ID 83401
US
johnoavery@hotmail.com
https://www.averybankruptcylaw.com/
O: 2085243020

# INVOICE

Chapter 13 Non-MRA

### Bill To:

Michael Jones

PO Box 26
Twin Falls, ID ID

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (other external)<br>7/31/2019<br>Telephone conference with David Gadd RE: Documents on Jones vs. Sliger; Forward to HS and JOA by email | Crystal Robertson | $85.00 | 0.20 | $17.00 |
| Communicate (other outside counsel)<br>8/2/2019<br>Email correspondence with Bren Mollerup regarding background of state court litigation and Order of Stay in the Jones v. Sligar Litigation. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other outside counsel)<br>8/6/2019<br>Phone conversation with Bren Mollerup to discuss whether entry of an order in the state court action will violate the automatic stay. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (other outside counsel)<br>8/7/2019<br>Telephone conference with David Gadd RE: Lawsuit; reviewed documents sent from Gadd in a follow up email | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Communicate (with client)<br>8/19/2019<br>Telephone conference with client RE: 341 hearing info and status of tax filing. He will need bank statements for May to July 15. July has not been cut yet and will not have until August. | Crystal Robertson | $85.00 | 0.20 | $17.00 |
| Communicate (with client)<br>8/21/2019<br>Call from client RE: 2015-2018 taxes will be filed tomorrow at 3. He will get us copies by 8/23 | Crystal Robertson | $85.00 | 0.10 | $8.50 |
| Communicate (other outside counsel)<br>8/21/2019<br>Email with Trustee scheduling business inspection for 8/28. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>8/22/2019<br>Call with client Re: Discuss what to expect at 341 and business inspection | Holly Sutherland | $250.00 | 1.00 | $250.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>8/23/2019<br>Receipt of tax returns from Susan Tenney RE: Forward to trustee's office | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Plan and prepare for<br>8/27/2019<br>Prepare case for 341 hearing; text client RE: Reminder docs to bring and time/place. | Crystal Robertson | $85.00 | 0.60 | $51.00 |
| Manage data/files<br>8/27/2019<br>File clean up for attorney review | Crystal Robertson | $85.00 | 0.20 | $17.00 |
| Review/analyze<br>8/27/2019<br>Prepare for 341 hearing and review case and proof of claims. | Holly Sutherland | $250.00 | 1.00 | $250.00 |
| Communicate (other external)<br>8/28/2019<br>Call from ISTC RE: Unfiled returns; advised just filed on 8/19; fwd copies by email | Crystal Robertson | $85.00 | 0.20 | $17.00 |
| Appear for/attend<br>8/28/2019<br>Attended business inspection with trustee and client of client's business property. | Holly Sutherland | $250.00 | 0.70 | $175.00 |
| Communicate (other outside counsel)<br>8/28/2019<br>Reviewed and responded to email from Bren regarding whether Notice of Bankruptcy filing had been sent to appellate court for state court proceedings. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other outside counsel)<br>8/28/2019<br>Reviewed and responded to email from David Gadd requesting copies of tax returns. Requested itemization of payment amounts applied to Safari's judgment. Reviewed email listing the same. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Appear for/attend<br>8/28/2019<br>Attend 341 hearing in Jerome. Meeting with client after 341 hearing to discuss issues raised and questioning by Mr. Gadd. | Holly Sutherland | $250.00 | 1.20 | $300.00 |
| Communicate (other external)<br>8/29/2019<br>Review of email from client RE: Smith taxidermy about debt owed; email Notice of Filing and Chapter 13 Plan to creditor. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (with client)<br>8/30/2019<br>Telephone conference with client RE: Filed appeal on judgment | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Research<br>9/3/2019<br>Research Voidable transfers under section 548 and Idaho Uniform Fraudulent Transfers Act to determine if Safari's purchase of the sheriff's sale is a fraudulent transfer that may be avoided by the trustee. | Holly Sutherland | $250.00 | 1.80 | $450.00 |
| Communicate (other external)<br>9/3/2019<br>Email correspondence with Bren Mollerup regarding moving forward with state court appeal as not a violation of the automatic stay and clarification of the issues on appeal. | Holly Sutherland | $250.00 | 0.10 | $25.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (other outside counsel)<br>9/3/2019<br>Phone call with David Gadd regarding whether state court appeal may proceed. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other outside counsel)<br>9/4/2019<br>Meet and Confer with trustee for 9/10/19 calendar | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (other external)<br>9/5/2019<br>Email correspondence with Bren Mollerup RE: Avoidance action and suspending appeal. Gadd indicated he will object to suspension of appeal. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (other outside counsel)<br>9/5/2019<br>Email correspondence with Trustee to schedule a conference with Bren. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>9/9/2019<br>Email correspondence with Bren Mollerup RE: Listing as a creditor and Notice | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Manage data/files<br>9/9/2019<br>Scan documents for trustee review on Safaris Unlimited and Sligar lawsuits | Crystal Robertson | $85.00 | 1.00 | $85.00 |
| Communicate (with client)<br>9/9/2019<br>Telephone conference with client RE: ramifications of Trustee voiding sale and Sligar settlement | Holly Sutherland | $250.00 | 0.60 | $150.00 |
| Communicate (with client)<br>9/9/2019<br>Telephone conference RE: Status of Sligar lawsuit explanation | Crystal Robertson | $85.00 | 0.10 | $8.50 |
| Communicate (with client)<br>9/10/2019<br>Telephone conference with client RE: Stay in Supreme court case | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other external)<br>9/10/2019<br>Email correspondence with Bren Mollerup RE: Vacating sheriffs sale and discussing settlement with Trustee | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Appear for/attend<br>9/10/2019<br>Attendance of Confirmation Hearing | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Communicate (other external)<br>9/12/2019<br>Reviewed email from Smith's Taxidermy regarding proof of claim. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other external)<br>9/16/2019<br>Email correspondence from Smith Taxidermy RE: Proof of claim | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Manage data/files<br>9/23/2019<br>Upload docs to trustee | Crystal Robertson | $85.00 | 0.10 | $8.50 |
| Communicate (with client)<br>9/24/2019<br>Telephone conference with client RE: Discuss about business inspection and case update. | Holly Sutherland | $250.00 | 0.20 | $50.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Appear for/attend<br>10/2/2019<br>Attended continued 341 hearing. | Holly Sutherland | $250.00 | 0.50 | $125.00 |
| Draft/revise<br>10/7/2019<br>Draft Objection to Proof of Claim No. 6 as claim is a duplicate. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Review/analyze<br>10/14/2019<br>Reviewed email from Trustee regarding Wright Brothers filing a secured claim and Sligar's filing duplicate claims. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Review/analyze<br>10/14/2019<br>Reviewed Trustee's Findings and Recommendations for the Chapter 13 Plan. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Draft/revise<br>10/15/2019<br>Draft and mail CDE ltr for second bankruptcy course | Crystal Robertson | $85.00 | 0.20 | $17.00 |
| Draft/revise<br>10/15/2019<br>Draft Proof of Claim for Smith's Taxidermy | Crystal Robertson | $85.00 | 0.30 | $25.50 |
| Review/analyze<br>10/15/2019<br>Review POC with changes; instruct to file | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (other outside counsel)<br>10/15/2019<br>Email to trustee's office RE: payments to Safari and counsel and Recs | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Draft/revise<br>10/20/2019<br>Review Claim No. 7 filed by Sligar. Draft Objection to Proof of Claim arguing claim is unliquidated. | Holly Sutherland | $250.00 | 2.20 | $550.00 |
| Draft/revise<br>10/22/2019<br>Review Claim No. 1 filed by Wright Brothers. Draft Objection to Claim based on claim not being secured. | Holly Sutherland | $250.00 | 0.40 | $100.00 |
| Appear for/attend<br>10/22/2019<br>Attended confirmation hearing. Confirmation continued. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Appear for/attend<br>10/28/2019<br>Attend hearing on confirmation of Amended Plan. Denied Confirmation with leave to amend. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other outside counsel)<br>11/14/2019<br>Reviewed email from Bren asking for an update on the bankruptcy as Supreme Court requesting a status on the appeal. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other outside counsel)<br>11/19/2019<br>Email to Trustee RE: Follow up on issues and discuss with client | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other outside counsel)<br>11/20/2019<br>Email from trustee and response RE: Conflict of interest | Holly Sutherland | $250.00 | 0.10 | $25.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review/analyze<br>11/21/2019<br>Reviewed Wright Brother's Response to Objection to Proof of Claim No. 1. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (with client)<br>11/27/2019<br>Email correspondence with client regarding the ramifications if Trustee decides not to pursue fraudulent transfer and how that will affect state court appeal.. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>11/28/2019<br>Email correspondence with client regarding the Trustee's Motion to Employ Special Counsel | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other outside counsel)<br>11/29/2019<br>Meeting with Trustee to discuss avoiding fraudulent transfer and whether it is in Estate's interest to avoid the transfer or confirm the case and allow Debtor to pursue state court appeal to vacate sheriff's sale. | Holly Sutherland | $250.00 | 0.70 | $175.00 |
| Communicate (with client)<br>12/3/2019<br>Email to client explaining Trustee decision not to employ special counsel to pursue appeal. Client may pursue appeal once case is confirmed. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other external)<br>12/3/2019<br>Call to calendaring clerk RE: Date for POC Obj; draft same for December 17 at 130 | Crystal Robertson | $85.00 | 0.20 | $17.00 |
| Communicate (other external)<br>12/3/2019<br>Email to Brooke Redmond RE: scheduling obj to POC secured and stip to continue | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other external)<br>12/5/2019<br>Email from ISTC RE: Obj to confirmation | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other outside counsel)<br>12/5/2019<br>Email correspondence with Kyle Bastian from Wright Brothers regarding settlement options on objection to proof of claim no. 1 | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other outside counsel)<br>12/9/2019<br>Email to Trustee and Kyle Bastian RE: Follow up on proposed stipulation and reserving right to secure lien | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other outside counsel)<br>12/10/2019<br>Reviewed email from Grady Hepworth regarding Sligar's proof of claim and debtor's objection thereto. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Appear for/attend<br>12/10/2019<br>Attend confirmation hearing. | Michael Wilder | $250.00 | 0.40 | $100.00 |
| Communicate (with client)<br>12/11/2019<br>Email to client confirming meeting on 12/12 and informing him of the evidentiary hearing scheduled on the objections to proof of claim 7 on January 21st. | Holly Sutherland | $250.00 | 0.10 | $25.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Conference with Client<br>12/12/2019<br>Travel to Twin Falls to meet with client, Bren Mollerup, and the Trustee to discuss the upcoming trial regarding Sligar's proof of claim and whether Trustee will pursue a fraudulent transfer action against David Gadd or allow client to pursue state court appeal to vacate sheriff's sale. | Holly Sutherland | $250.00 | 5.00 | $1,250.00 |
| Review/analyze<br>12/12/2019<br>Reviewed Response to Objection to Claim No. 7 filed by Sligar. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (other outside counsel)<br>12/16/2019<br>Email to Grady Hepworth RE: Schedule time to discuss trial | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Draft/revise<br>12/16/2019<br>Drafted Stipulation and Order to Vacate and Continue the Hearing on the Objection to Wright Brother's claim. | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Communicate (with client)<br>12/17/2019<br>Discussion with client regarding Sligar's attorney sending client a Notice of Hearing. Discussion regarding continuing the evidentiary hearing in January. | Holly Sutherland | $250.00 | 0.40 | $100.00 |
| Communicate (other outside counsel)<br>12/18/2019<br>Reviewed email from Trustee suggesting mediation with a bankruptcy judge to attempt to resolve the claim issues as well as state court issues. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other outside counsel)<br>12/20/2019<br>Communication with Grady Hepworth regarding continuing the objection to proof of claim and possible objection to claims. | Holly Sutherland | $250.00 | 0.70 | $175.00 |
| Communicate (with client)<br>12/23/2019<br>Changing mailing address with courts. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (other external)<br>12/27/2019<br>Discussion with Trustee regarding whether she intends to pursue avoidance action and Gadd | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Review/analyze<br>12/28/2019<br>Reviewing POC filed by Sligar. Analyzing case moving forward now that Trustee is not going to pursue the fraudulent transfer. Prepare letter to client explaining options . | Holly Sutherland | $250.00 | 1.40 | $350.00 |
| Communicate (with client)<br>12/31/2019<br>Email correspondence with client discussing validity of Sligar's claim. Client provided detailed explanation of each exhibit in the claim. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (other external)<br>1/2/2020<br>Telephone call from Smith's Tax Re: Proof of Claim and why have they not been paid; explain not confirmed; Emailed Notice of Filing and copy of POC filing | Crystal Robertson | $85.00 | 0.20 | $17.00 |
| Communicate (other outside counsel)<br>1/2/2020<br>Conversation with Kade Beorchia, attorney for Safaris, about continuing the upcoming hearing and possible settlement solutions. | Holly Sutherland | $250.00 | 0.30 | $75.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review/analyze<br>1/2/2020<br>Reviewing proof of claims to determine what bankruptcy would look like if Sligar and Safaris withdrew their proof of claim. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other external)<br>1/3/2020<br>Email correspondence with Hepworth RE: Status hearing dates; Email dates to Calendar Clerk | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other outside counsel)<br>1/5/2020<br>Email to court clerk to get dates for status hearing. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>1/5/2020<br>Email correspondence with regarding vacating evidentiary hearing on 1/21 and scheduling a status hearing for 2/4/2020. Client unavailable. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Draft/revise<br>1/6/2020<br>Drafted Stipulation and Order to Vacate Evidentiary hearing and continue for a status hearing. | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Communicate (other outside counsel)<br>1/7/2020<br>Email correspondence with Kade Hepworth, and Bastian RE: Status conference timing and working schedules. Decided for Feb 25 and Motion to Vacate | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Communicate (other external)<br>1/14/2020<br>Email to Clerk RE: Status of Orders | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>1/14/2020<br>Call to Client Re: LVM | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Review/analyze<br>1/14/2020<br>Reviewed Objection to Confirmation of the Chapter 13 Plan filed by Sligar. Reviewed attached exhibits. | Holly Sutherland | $250.00 | 0.40 | $100.00 |
| Communicate (other external)<br>1/25/2020<br>Email correspondence with court clerk to determine procedure for requesting mediation. | Holly Sutherland | $250.00 | 0.00 | $0.00 |
| Draft/revise<br>1/27/2020<br>Draft Stipulation to Continue Confirmation hearing to Feb. 25th. Email Trustee, Grady Hepworth, Kade Beorchia draft stipulation. Requesting Mediation with Bankruptcy Judge | Holly Sutherland | $250.00 | 0.40 | $100.00 |
| Communicate (with client)<br>1/31/2020<br>Communicate with client RE: Mediation and ISTC claim. He's working with his accountant to dispute. | Holly Sutherland | $250.00 | 0.50 | $125.00 |
| Draft/revise<br>1/31/2020<br>Draft Stipulation for requesting mediation with bankruptcy judge | Holly Sutherland | $250.00 | 1.00 | $250.00 |
| Communicate (other outside counsel)<br>2/2/2020<br>Email Stip to Bren with follow up email and explanation | Holly Sutherland | $250.00 | 0.10 | $25.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (other outside counsel)<br>2/12/2020<br>Email correspondence with Bren regarding filing a Notice of Appearance to assist in representing the client at mediation. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>2/17/2020<br>Phone call with client regarding Stipulation Requesting Mediation with Bankruptcy Judge and whether the attorney lien filed by Wright Brothers attaches to Gadd's settlement with Sligar. | Holly Sutherland | $250.00 | 0.40 | $100.00 |
| Appear for/attend<br>2/25/2020<br>Attended status hearing. Judge approved motion requesting mediation with Bankruptcy Judge. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other external)<br>2/27/2020<br>Reviewed email from Amie Duong to schedule mediation with Judge Pappas. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Review/analyze<br>3/4/2020<br>Received and reviewed email and attached documents from client regarding tax documents received from ISTC. | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Communicate (other external)<br>3/6/2020<br>Call to ISTC RE: Audit and Assessment deadlines. Response email to Mike Re: deadline passed on 3/4. Also, suggested tax attorney and the ISTC said he needs to file corrected returns for 2015-2018. | Crystal Robertson | $85.00 | 0.20 | $17.00 |
| Review/analyze<br>3/9/2020<br>Received and reviewed email from client answering questions regarding Sligar's POC and terms of the settlement conference. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>3/10/2020<br>Telephone conference with client RE: Settlement conference and possible lawsuit against Danny. tax return and filing. | Holly Sutherland | $250.00 | 0.60 | $150.00 |
| Draft/revise<br>3/14/2020<br>Reviewed email from client regarding possible settlement offers to Sligar. Drafted email to client and co-counsel with suggested settlement language. | Holly Sutherland | $250.00 | 0.50 | $125.00 |
| Communicate (other outside counsel)<br>3/15/2020<br>Meeting with Trustee to discuss settlement conference and possible global solutions | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Research<br>3/15/2020<br>Research Leavitt factors and bad faith allegations made by Sligar in objection to confirmation | Holly Sutherland | $250.00 | 0.40 | $100.00 |
| Review/analyze<br>3/16/2020<br>Circulated confidential settlement offers to Sligar, Safaris, and Wright Brothers. Received confidential settlement offers from all parties and forwarded to client and Bren. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Review/analyze<br>3/18/2020<br>Reviewed and responded to email from Grady Hepworth asking if we had retained a valuation expert to value the Sligar Litigation. | Holly Sutherland | $250.00 | 0.10 | $25.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review/analyze<br>3/18/2020<br>Reviewed email from court that settlement conference cancelled due to Covid. Forward information to my client. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Draft/revise<br>3/18/2020<br>Draft Confidential Settlement Statement | Holly Sutherland | $250.00 | 1.20 | $300.00 |
| Appear for/attend<br>4/7/2020<br>Attended confirmation hearing. Confirmation denied with leave to file amended plan. Hearing on objections to claim vacated due to mediation. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (with client)<br>4/20/2020<br>Email correspondence with client regarding filing an amended plan to provide for the priority tax claim of the ISTC. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Draft/revise<br>4/20/2020<br>Drafted amended plan to provide for ISTC claim and to provide for Wright Brothers claim in provision 8.1 per the settlement agreement. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Review/analyze<br>4/21/2020<br>Received and reviewed the Appellate Brief filed in the Safari's appeal. Reviewed to incorporate arguments in confidential settlement statement. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (other outside counsel)<br>4/22/2020<br>Email correspondence with Jessica Pilot from the ISTC regarding whether client can file his unfiled tax returns. Client may still file them and have them processed. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>4/24/2020<br>Email correspondence with client regarding terms of the amended plan. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Review/analyze<br>5/5/2020<br>Reviewed Trustee Recommendations not recommending confirmation of Debtor's Amended Plan. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Review/analyze<br>5/5/2020<br>Reviewed Trustee;s Motion to Dismiss for Unreasonable Delay | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (other external)<br>5/7/2020<br>Email correspondence with Larry Sirhall to discuss options in resolving the ISTC claim. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Review/analyze<br>5/12/2020<br>Reviewed Objection to Confirmation and Amended Objection to Confirmation of Amended Plan filed by Safaris. | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Communicate (with client)<br>5/12/2020<br>Reviewed email from client regarding Cassia property and status of litigation. | Holly Sutherland | $250.00 | 0.10 | $25.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>5/12/2020<br>Telephone conversation with client to discuss Trustee's Motion to Dismiss for Unreasonable Delay for failure to provide for ISTC in the amended plan. Discussed hiring tax attorney to assist in resolving ISTC priority tax issue. Discussed possible lawsuits against 3rd parties to recover property. Discussed contacting Safaris to discuss possible settlement. | Holly Sutherland | $250.00 | 0.60 | $150.00 |
| Review/analyze<br>5/13/2020<br>Reviewed Sligar's Objection to Amended Plan and Joinder in Trustee's Motion to Dismiss. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (with client)<br>5/19/2020<br>Phone call with client to discuss hearing tomorrow on Trustee's MTD, confirmation of the amended plan, and objections to proof of claims. Discussed rescheduling mediation and resolving the ISTC priority tax claim. | Holly Sutherland | $250.00 | 0.60 | $150.00 |
| Review/analyze<br>5/25/2020<br>Preparing timeline of all events. Reviewing all pleadings from Safaris litigation, Sligar litigation that are relevant to mediation and the bankruptcy. Prepare list of evidentiary documents to use in settlement conference brief. Researching legal arguments, and outlining settlement conference brief. | Holly Sutherland | $250.00 | 3.20 | $800.00 |
| Communicate (with client)<br>6/4/2020<br>Email correspondence with client. Proposed settlement conference date of June 23rd will not work. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Review/analyze<br>6/5/2020<br>Reviewed Order for Settlement Conference setting it for June 23rd. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Draft/revise<br>6/11/2020<br>Drafted motion to vacate the settlement conference as client could not attend. Circulated to parties for approval and signatures. | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Communicate (other external)<br>6/15/2020<br>Email correspondence with scheduling clerk to reschedule settlement conference for July 20th. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Review/analyze<br>6/16/2020<br>Review amended order for settlement conference. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Draft/revise<br>6/19/2020<br>Draft Second Amended Plan. Sent to client for review. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Review/analyze<br>6/25/2020<br>Reviewed Safaris Objection to Confirmation of Debtor's Second Amended Plan. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (with client)<br>6/29/2020<br>Email correspondence with client and Bren laying out requirements for Confidential Settlement Statement. | Holly Sutherland | $250.00 | 0.20 | $50.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Draft/revise<br>7/4/2020<br>Review written settlement offers in preparation of July 6th deadline to submit settlement offers to all parties. Prepare rough draft of confidential settlement statement. Amend objection to Sligar's proof of claim to assert the claim is contingent. | Holly Sutherland | $250.00 | 4.30 | $1,075.00 |
| Draft/revise<br>7/11/2020<br>Edit and finish Confidential settlement statement for mediation. | Holly Sutherland | $250.00 | 3.50 | $875.00 |
| Draft/revise<br>7/13/2020<br>Mike Jones - Review of Motion to Convert and cross-reference pictures with inventory in Sligar litigation. | Holly Sutherland | $250.00 | 1.20 | $300.00 |
| Plan and prepare for<br>7/17/2020<br>Michael Jones - Preparation of Exhibit Binder for Mediation; Review of all documents. Email to Mike asking where in the inventory the items are that were part of the Wolverton affidavit. | Holly Sutherland | $250.00 | 1.20 | $300.00 |
| Draft/revise<br>7/17/2020<br>Review of taxes and Aff of Jackie; update SOFA No. 5, 6, 22 for HS review | Crystal Robertson | $85.00 | 0.10 | $8.50 |
| Plan and prepare for<br>7/18/2020<br>Prepare detailed arguments for mediation by issue: Safaris appeal; Sligar's Proof of Claim; Overtime Litigation; Motion to Convert; Objections to Confirmation based on feasibility, best interest, bad faith. | Holly Sutherland | $250.00 | 4.90 | $1,225.00 |
| Plan and prepare for<br>7/19/2020<br>Preparing amended Schedule B, G, SOFA. Review Leavitt factors to prepare strengths and weaknesses of the case to convert. | Holly Sutherland | $250.00 | 0.50 | $125.00 |
| Appear for/attend<br>7/20/2020<br>Attend mediation with Judge Pappas. | Holly Sutherland | $250.00 | 3.50 | $875.00 |
| Appear for/attend<br>8/4/2020<br>Attended continued confirmation hearing via telephone. Confirmation continued and evidentiary hearing scheduled. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Review/analyze<br>8/6/2020<br>Reviewed settlement agreement between Safaris and client drafted by co-counsel. Drafted and sent email to client notifying him of evidentiary hearing on the motion to convert scheduled for September 1. Prepared and sent amended schedule B and SOFA to list the boat and fix the gross income figures for 2017 and 2018 and list the storage unit at the airport hangar. Explained risks of litigating the motion to convert. | Holly Sutherland | $250.00 | 0.60 | $150.00 |
| Review/analyze<br>8/7/2020<br>Review Trustee's Motion to Dismiss for failure to turn over 2019 tax returns. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Review/analyze<br>8/7/2020<br>Review emails from client regarding possibility of dismissing bankruptcy. Update on Safari's settlement agreement. Email correspondence with client regarding signature pages to file amendments. | Holly Sutherland | $250.00 | 0.20 | $50.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>8/12/2020<br>Email correspondence with client Re: Intermountain Properties and settlement agreement | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>8/12/2020<br>Email correspondence with client Re: 2019 tax extension | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>8/13/2020<br>Email correspondence with Larry Sirhall regarding ISTC issues | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>8/16/2020<br>Email to client regarding motion to convert hearing and briefing schedule and voluntary motion to dismiss option. Email to client regarding the ISTC. | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Communicate (with client)<br>8/17/2020<br>Phone call with client discussing the Gadd redlined settlement agreement. | Holly Sutherland | $250.00 | 0.40 | $100.00 |
| Communicate (with client)<br>8/19/2020<br>Email to Bren and Mike asking for settlement negotiation update. Explained time constraints before evidentiary hearing on motion to convert an claim objection. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Review/analyze<br>8/19/2020<br>Review redline changes in settlement agreement. Phone call with Holly Roark regarding continuing the motion to convert hearing to October so we can litigate all outstanding issues at once. Email exchange with Kade Beorchia regarding agreement to continue the hearing. Called court clerk to get possible dates for October to prepare a stipulation to continue. | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Communicate (other outside counsel)<br>8/20/2020<br>Phonecall with Deb from Judge Meier chambers to get continued dates to have an evidentiary hearing on the Motion to Convert, Objection to Sligar's Claim, and all Objections to Confirmation. Sent separate emails to Trustee, Kade Beorchia, and Holly Roark to confirm what dates work for them. Spoke with client on phone to give him an update on the continuance. | Holly Sutherland | $250.00 | 0.40 | $100.00 |
| Draft/revise<br>8/21/2020<br>Draft Stipulated Motion to Vacate and Continue Evidentiary hearing to October 15, 16. Draft Order Approving Stipulation.Email draft to Trustee, Kade Beorchia, David Gadd, Grady Hepworth, Holly Roark, and Bren Mollerup. | Holly Sutherland | $250.00 | 1.10 | $275.00 |
| Manage data/files<br>8/21/2020<br>Upload copy of 2019 tax extension to trustee via Epic for review | Crystal Robertson | $85.00 | 0.10 | $8.50 |
| Review/analyze<br>8/21/2020<br>Review email from Susan Tenney with client's tax extension attached. | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>8/31/2020<br>Phone conversation with client regarding taxes and settlement agreement. | Holly Sutherland | $250.00 | 0.30 | $75.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>9/9/2020<br>Phone conversation with client Re: status of settlement negotiations with Safaris and eviction lawsuit. Research on evictions and bankruptcy. | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Review/analyze<br>9/14/2020<br>Review outstanding issues including motion to convert, objections to claims, objections to confirmation. Email to client laying out all all options and repercussions of each, including filing a voluntary motion to dismiss. | Holly Sutherland | $250.00 | 0.80 | $200.00 |
| Communicate (with client)<br>9/15/2020<br>Phone conversation about making last attempt to settle the outstanding issues within the bankruptcy to confirm plan facilitated by the Trustee. Discussed moving forward with evidentiary hearing. | Holly Sutherland | $250.00 | 0.70 | $175.00 |
| Communicate (other external)<br>9/22/2020<br>Settlement conference via Zoom with Trustee, Holly Roark, Grady Hepworth, and Kade Beorchia. | Holly Sutherland | $250.00 | 1.20 | $300.00 |
| Communicate (other outside counsel)<br>9/22/2020<br>Email correspondence with Holly Roark Re: post-petition state court attorney fees | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Draft/revise<br>9/25/2020<br>Revise Trustee's version of proposed language in 8.1 to address Safari's objections and treatment of Sligar's POC. Email draft to Holly Roark, Grady Hepworth, Kade Beorchia, and Bren Mollerup for edits. | Holly Sutherland | $250.00 | 0.60 | $150.00 |
| Review/analyze<br>9/27/2020<br>Review claims, plan funding, distributions to each creditor if Sligar's claim is placed on hold until a decision is made in the Supreme Court. Email to Bren asking about how the equipment would be handled if Safaris were successful. Review Sligar's POC. Emailed Grady for explanation of what each part of the proof of claim is indicating. | Holly Sutherland | $250.00 | 1.70 | $425.00 |
| Communicate (other outside counsel)<br>9/28/2020<br>Email correspondence with Holly Roark on disposition of vehicles | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Draft/revise<br>10/1/2020<br>Draft objection to motion to convert and trial brief on Debtor's objection to motion to convert. | Holly Sutherland | $250.00 | 1.50 | $375.00 |
| Communicate (other outside counsel)<br>10/1/2020<br>Phone conversation with Kade Beorchia regarding settlement language for a 3rd amended plan. Kade expects to have red-lined provisions to me today. I will update and circulate language to all parties. | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Draft/revise<br>10/2/2020<br>Draft Third Amended Plan with proposed language. Still waiting for Safari's revisions. | Holly Sutherland | $250.00 | 0.60 | $150.00 |
| Draft/revise<br>10/2/2020<br>Draft Stipulation to vacate the evidentiary hearing and continue the hearing on confirmation of the 3rd Amended Plan. Called court to get a hearing date for 3rd Amended Plan. | Holly Sutherland | $250.00 | 0.60 | $150.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review/analyze<br>10/3/2020<br>Read client's emails regarding the proposed language 8.1 and responded explaining provisions and that this language is for purposes of confirming the plan not settling the appeal, which is a state court matter. | Holly Sutherland | $250.00 | 2.00 | $500.00 |
| Draft/revise<br>10/3/2020<br>Finish drafting Objection to Creditor's Motion to Convert and Trial Brief on motion to convert. Review Creditor's motion to convert and attached affidavits. Determine what evidence Debtor has already provided to refute creditors' claim of hidden assets and what evidence Debtor needs to provide to use at trial. | Holly Sutherland | $250.00 | 7.00 | $1,750.00 |
| Plan and prepare for<br>10/4/2020<br>Review exhibits attached to Creditors' Motion to Convert. Prepare trial exhibits to address the allegations in the motion to convert and in defense of confirmation of the plan. Prepare questions for Jackie Metzger and Gary Wolverton Sr. | Holly Sutherland | $250.00 | 6.10 | $1,525.00 |
| Communicate (other outside counsel)<br>10/5/2020<br>Settlement discussions via phone with Trustee and Holly Roark. Agreement that the Objection to POC is resolved. | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Draft/revise<br>10/5/2020<br>Review Safari's revised language. Made redline changes and circulated draft to Bren, Trustee, Holly Roark, Grady Hepworth, David Gadd, and Kade Beorchia. | Holly Sutherland | $250.00 | 0.70 | $175.00 |
| Communicate (other outside counsel)<br>10/5/2020<br>Phone conversation with David Gadd and Kade Beorchia regarding dismissal of the appeal challenging the Order for attorney's fees. Reached out to Bren | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Plan and prepare for<br>10/6/2020<br>Trial preparation: Review caselaw on creditor's post-petition attorney fees in the bankruptcy. Review Rosson for bad faith. Further editing of trial brief. Add additional case law and argument. | Holly Sutherland | $250.00 | 1.40 | $350.00 |
| Communicate (other outside counsel)<br>10/6/2020<br>Phone conversation with Bren regarding settlement talks with David. Bren will call David to discuss the state court appeals. | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Draft/revise<br>10/7/2020<br>Draft Notice to Present Witnesses, Notice to Present Evid, and beginning draft for Evid. List for HS review | Crystal Robertson | $85.00 | 0.20 | $17.00 |
| Draft/revise<br>10/7/2020<br>Edit trial brief. Finish writing arguments for confirmation of Second Amended Plan. | Holly Sutherland | $250.00 | 4.00 | $1,000.00 |
| Plan and prepare for<br>10/8/2020<br>Meeting with Trustee to prepare trial exhibits for joint trial exhibit list. Final review of all exhibits to use at evidentiary hearing on motion to convert and confirmation of Debtor's Plan. | Holly Sutherland | $250.00 | 3.20 | $800.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (other external)<br>10/8/2020<br>Email and phone correspondence with Trustee, client, Bren Mollerup, Holly Roark, Kade Beorchia, and Grady Hepworth to finalize the language in the proposed confirmation order and settle the outstanding issues. | Holly Sutherland | $250.00 | 0.70 | $175.00 |
| | **Time Entries Total** | | **103.10** | **$25,082.00** |

Expenses

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Filing Fee<br>7/15/2019 | Crystal Robertson | $310.00 | 1.00 | $310.00 |
| | **Expenses Total:** | | **1.00** | **$310.00** |

| | |
|---|---|
| Total (USD) | $25,392.00 |
| Payment 1454 7/15/2019<br>TW-632034 | $-6,000.00 |
| Balance | $19,392.00 |
| Total Outstanding | $19,392.00 |

# Terms & Conditions

Attorney Billable Rate $250.00 per hour

Paralegal Billable Rate $85.00 per hour